STEPHENS FRIEDLAND LLP
John B. Stephens, Bar No. 142718
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Telephone: (949) 468-3200 / Facsimile (949) 468-3201
Email: john@sf-lawyers.com

Attorney for Defendants and Counterclaimants
ROBERT E. FORD, JULIA A. FORD,
BRUCE H. ROTH, NANCY A. ROTH,
DIANNA N. THOMPSON AND JASON FISHER

MIXON JOLLY LLP
Cameron M. Jolly, Bar No. 132541
575 Anton Boulevard, Suite 670
Costa Mesa, CA 92626
Telephone: (714) 885-7000 / Facsimile (714) 885-7001
Email: CJolly@mixonjollylaw.com

Attorney for Defendants and Counterclaimants
JEFF ORR AND KATHY ORR

## UNITED STATE DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband wife; DIANNA N. THOMPSON; and JASON FISHER,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIM. | CASE NO.: CV 07-2529 GAF (FMOx)<br><br>Hon. Fernando M. Olguin<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF JOHN B. STEPHENS IN SUPPORT OF JOINT STIPULATION RE: PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES**<br><br>Date:   March 11, 2009<br>Time:   10:00 a.m.<br>Crtrm:  F, 9th Floor – Spring Street<br><br>Complaint Filed:     April 16, 2007<br>Discovery Cutoff:   March 13, 2009<br>Pretrial Conf:        April 27, 2009<br>Trial Date:            May 26, 2009 |

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

DECL OF JOHN B. STEPHENS IN SUPPORT OF JOINT STIP RE: PLAINTIFF HERBALIFE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

## DECLARATION OF JOHN B. STEPHENS

I, John B. Stephens, declare as follows:

1.  I am an attorney licensed to practice before this Court and I am one of the lawyers of record for Defendants-Counterclaimants, Robert and Julia Ford, Bruce and Nancy Roth, Dianna Thompson and Jason Fisher. Two other defendants-counterclaimants, Jeff and Kathy Orr, are represented by Cameron Jolly (collectively, the Fords, the Roths, the Orrs, Thompson, and Fisher are referred to herein as "Defendants-Counterclaimants.") I have personal knowledge of all matters set forth herein and if called as a witness would and could so testify.

2.  Attached hereto as Exhibit A, is a true and correct copy of the Amended Counterclaim of Robert and Julia Ford, Bruce and Nancy Roth, Dianna N. Thompson, Jason Fisher, and Jeff and Kathy Orr that was filed by Defendants/Counterclaimants on February 15, 1998.

3.  Attached hereto as Exhibit B, is a true and correct copy of the Herbalife "Rules of Conduct and Distributor Policies."

4.  Attached hereto as Exhibit C, is a true and correct copy of Jason Fisher's Distributorship Agreement.

5.  Attached hereto as Exhibit D, is a true and correct copy of the Court's January 12, 2009 *Minute Order Re: Motion to Dismiss Counterclaim*.

6.  Attached hereto as Exhibit E, is a true and correct copy of Plaintiff Herbalife International of America, Inc.'s Disclosure of Trade Secrets that were served on my office on June 15, 2007.

7.  Attached hereto as Exhibit F, is a true and correct copy of Defendant and Counterclaimant Jeff Orr's First Set of Requests For Production to Plaintiff and Counter Defendant Herbalife International of America, Inc. that were served on February 27, 2008.

8.  Attached hereto as Exhibit G, is a true and correct copy of Herbalife's

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

1

DECL OF JOHN B. STEPHENS IN SUPPORT OF JOINT STIP RE: PLAINTIFF HERBALIFE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES

Responses to Defendant and Counterclaimant Jeff Orr's First Set of Requests for Production that were served on my office on or about January 5, 2009.

9. Attached hereto as Exhibit H, is a true and correct copy of Herbalife's email message sent on April 20, 2007 containing an "Important Message from Michael Johnson and Greg Probert."

10. Attached hereto as Exhibit I, is a true and correct copy of an Herbalife Agreement with its distributors.

11. Attached hereto as Exhibit J, is a true and correct copy of an Herbalife Subpoena, as received by my office, seeking production of Defendants-Counterclaimants' telephone numbers served on Verizon Law Enforcement in December 2007. Several similar subpoenas have been served on other carriers.

12. Through the course of discovery, the Defendants-Counterclaimants have produced nearly ten thousand pages of discovery to Herbalife. In contrast, Herbalife has only produced a few hundred pages of responsive documents.

Executed this 13th day of February 2009 at Newport Beach, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ John B. Stephens
John B. Stephens

STEPHENS FRIEDLAND LLP
4695 MacArthur Court, Suite 310
Newport Beach, California 92660
Telephone: (949) 468-3200
Facsimile: (949) 468-3201

2

DECL OF JOHN B. STEPHENS IN SUPPORT OF JOINT STIP RE: PLAINTIFF HERBALIFE'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES