1  STEPHENS FRIEDLAND LLP
   John B. Stephens, Bar No. 142718
2  4695 MacArthur Court, Suite 310
   Newport Beach, CA 92660
3  Telephone: (949) 468-3200 / Facsimile (949) 468-3201
   Email: john@sf-lawyers.com
4
   Attorney for Defendants and Counterclaimants
5  ROBERT E. FORD, JULIA A. FORD,
   BRUCE H. ROTH, NANCY A. ROTH,
6  DIANNA N. THOMPSON and JASON FISHER
7  MIXON JOLLY LLP
   Cameron M. Jolly, Bar No. 132541
8  575 Anton Boulevard, Suite 670
   Costa Mesa, CA 92626
9  Telephone: (714) 885-7000 / Facsimile (714) 885-7001
   Email: CJolly@mixonjollylaw.com
10
   Attorney for Defendants and Counterclaimants
11 JEFF ORR and KATHY ORR
12

13              IN THE UNITED STATES DISTRICT COURT

14      FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

| | |
|---|---|
| 16  HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation, | Case No.: CV 07 2529 GAF (FMOx) |
| 17                          Plaintiff, | **DECLARATION OF J. GREGORY DYER IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT ON HERBALIFE'S COMPLAINT AND FOR PARTIAL SUMMARY JUDGMENT ON THE DEFENDANTS' COUNTERCLAIMS** |
| 18 | |
| 19 | |
| 20                          v. | **[Fed. R. Civ. Proc. 56]** |
| 21 | |
| 22 | **[Notice of Motion and Motions For Partial Summary Judgment, Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; and Declaration in Support Thereof filed herewith]** |
| 23  ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband and wife; DIANNA N. THOMPSON; and JASON FISHER, | |
| 24 | |
| 25 | |
| 26 | Hearing Date:   March 23, 2009 |
| 27                          Defendants. | Time:           9:30 a.m.<br>Courtroom:       740 – Roybal Crthse |
| 28 | |

## DECLARATION OF J. GREGORY DYER

I, J. Gregory Dyer, declare:

1.     I am an attorney licensed to practice before the courts of the State of California and before the United States District Court for the Central District of California. I am an associate of the law firm Stephens Friedland LLP, the attorneys of record in the above-captioned action for the Defendants and Counterclaimants Robert E. Ford, Julia A. Ford, Bruce H. Roth, Nancy A. Roth, Dianna N. Thompson, and Jason Fisher. I make this Declaration in support of the Defendants' Motions for Partial Summary Judgment on Herbalife's Complaint and for Partial Summary Judgment on the Defendants' Counterclaims. I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2.     A true and correct copy of the relevant portions of the Deposition of Jacqueline A. Miller ["Miller Depo."], taken on February 11, 2009, is attached hereto as Exhibit "A."

3.     I reviewed Herbalife's 2006 Annual Report, available on Herbalife's website at: <http://www.herbalife.com/global/investor_relations_frset.jsp?irhome&> or online at <http://media.corporate-ir.net/media_files/irol/18/183888/v27287_23_n_as_printed.pdf>. A true and correct copy of the relevant portions of Herbalife's 2006 Annual Report is attached hereto as Exhibit "B."

4.     A true and correct copy of the relevant portions of the Herbalife document titled: "Live the Good Life with Herbalife," which was introduced as Exhibit 5 from the Miller Depo., is attached hereto as Exhibit "C."

5.     A true and correct copy of the relevant portions of the Herbalife document titled: "Sales & Marketing Plan and Business Rules," which was introduced as Exhibit 30 from the Deposition of Paul Greenberg ["Greenberg Depo."], is attached hereto as Exhibit "D."

6.      A true and correct copy of the relevant portions of the Greenberg Depo., taken on February 17, 2009, is attached hereto as Exhibit "E."

7.      A true and correct copy of the relevant portions of the Deposition of Mike McKee ["McKee Depo."], taken on February 18, 2009, is attached hereto as Exhibit "F."

8.      True and correct copies of Herbalife's Distributor Agreements which were signed by signed by the Defendants and Counterclaimants, which were produced by Herbalife in this case, are attached hereto as Exhibit "G."

9.      A true and correct copy of a Herbalife Complaint Form, which was introduced as Exhibit 29 from the Greenberg Depo. and was marked as "Confidential-Attorney's Eyes Only," will be filed under seal pursuant to this Court's protective order as Exhibit "H."

10.     A true and correct copy of an email sent from Herbalife's Tom Zimmer to TAB Team Members on February 6, 2007, which was produced by Herbalife in this case, is attached hereto as Exhibit "I."

11.     A true and correct copy of an email sent by Herbalife's CEO, Michael o. Johnson, on April 20, 2007, which was introduced as Exhibit 32 from the Greenberg Depo., is attached hereto as Exhibit "J."

12.     A true and correct copy of Plaintiff Herbalife International of America, Inc's Disclosure of Trade Secrets, California Code of Civil Procedure, Section 2019.210, which was served on Counterclaimants and Defendants on June 15, 2007, is attached hereto as Exhibit "K."

13.     A true and correct copy of the relevant portions of Defendant and Counterclaimant Jeff Orr's First Set of Request [sic] for Production to Plaintiff and Counterclaimant Herbalife of America, Inc., which was served on Herbalife on February 27, 2008, is attached hereto as Exhibit "L."

14.     A true and correct copy of the relevant portions of Herbalife's Responses to Defendant and Counterclaimant Jeff Orr's First Set of Requests

for Production, which was served on Counterclaimants and Defendants on January 5, 2009, is attached hereto as Exhibit "M."

15.    A true and correct copy of the Ninth Circuit Memorandum in this case, filed July 22, 2008, is attached hereto as Exhibit "N."

16.    A true and correct copy of the transcript of the Appeal from the United States District Court for the Central District of California, argued and submitted on July 15, 2008, is attached hereto as Exhibit "O."

17.    True and correct copies of the versions of the Herbalife's Confidential and Non-Disclosure Agreement, which were produced by Herbalife in this case, are attached hereto as Exhibit "P."

18.    A true and correct copy of the relevant portions of Herbalife's Responses to Defendant and Counterclaimant Bruce H. Roth's First Set of Interrogatories (Nos. 1-23), which was verified by Herbalife on February 8, 2008, is attached hereto as Exhibit "Q."

19.    A true and correct copy of the relevant portions of Herbalife's Responses to Defendant and Counterclaimant Robert E. Ford's First Set of Interrogatories (Nos. 1-18), which was verified by Herbalife on February 8, 2008, is attached hereto as Exhibit "R."

20.    A true and correct copy of the Court's Memorandum and Order Regarding Counterclaimants' Motion to Dismiss and to Strike is attached hereto as Exhibit "S."

21.    I have reviewed Herbalife's December 22, 2008 Video titled: "Why Herbalife, Why Now?" which claims that Herbalife's business opportunity is "recession proof."  A disk that accurately depicts this video is attached hereto as Exhibit "T."

////

////

////

- 3 -

1    Executed this 2nd day of March, 2009 in Newport Beach, California.  I

2  declare under penalty of perjury under the laws of the State of California and

3  the United States of America that the foregoing is true and correct.

4

5

6  _____

7  J. Gregory Dyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28