1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
3  TERI M. STEIN (CA SBN 234648)
   TStein@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street
5  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Plaintiff
   HERBALIFE INTERNATIONAL OF AMERICA,
8  INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>**DECLARATION OF MONICA L. SCHEETZ IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S** *EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME AND SETTING AN EXPEDITED HEARING**<br><br>Date: [tbd]<br>Time: [tbd]<br>Place: Courtroom F, 9th Floor - Spring Street<br><br>Complaint Filed: Apr. 16, 2007<br>Discovery Cut-Off: Mar. 13, 2009<br>Pretrial Conf.: Apr. 27, 2009<br>Trial Date: May 26, 2009<br><br>U.S. Magistrate Judge<br>   Fernando M. Olguin |

la-1018757

I, MONICA L. SCHEETZ, declare as follows:

1. I am an attorney licensed to practice in California and am an associate in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Herbalife International of America, Inc. ("Herbalife") in this matter. I am familiar with the facts set forth herein, and if sworn as a witness, I could and would testify competently thereto.

2. In late February 2008, Defendants filed a motion to stay this action pending resolution of their appeal of the preliminary injunction entered by the Court. The Court granted their motion, and the case was stayed from mid-March 2008 until mid-October 2008. Copies of the current and initial Scheduling Orders filed October 20, 2008, and January 7, 2008 respectively, are attached hereto as Exhibit A.

3. The parties are already scheduled to appear before the Court on March 11, 2009, regarding a dispute over production of phone records and regarding a motion for a protective order concerning the notice of deposition of Michael O. Johnson, the Chairman and CEO of Herbalife.

4. Attached hereto as Exhibit B are true and correct excerpts of the deposition transcript of Jeffrey A. Orr, dated February 12, 2009.

5. Attached hereto as Exhibit C are true and correct excerpts of the deposition transcript of Kathy Orr, dated February 13, 2009.

6. Attached hereto as Exhibit D are true and correct excerpts of the deposition transcript of Nancy Roth, dated February 24, 2009.

7. Attached hereto as Exhibit E are true and correct excerpts of the deposition transcript of Bruce Roth, dated February 25, 2009.

8. Attached hereto as Exhibit F are true and correct excerpts of Defendants' Responses to Plaintiff's First Set of Requests for Production of Documents.

9. Attached hereto as Exhibit G is a true and correct copy of an e-mail thread containing communications from me to counsel for Defendants, dated February 20, 2009; February 25, 2009; and February 27, 2009, respectively. I also called both Cameron Jolly and John Stephens, counsel for Defendants, on February 25, 2009, and left messages for them. In the voicemail messages, I asked to discuss Defendants' privilege claim issues and a shortened time schedule for filing a motion to compel in case the issues could not be resolved.

10. Having heard nothing from Defendants, on February 28, 2009, I sent Defendants Herbalife's portion of a Joint Stipulation regarding Motion to Compel Responsive Documents and Deposition Testimony. Attached hereto as Exhibit H is a true and correct copy of that e-mail.

11. Herbalife originally noticed the depositions of Defendants in October 2008 and tried to schedule them for December 2008. Then Herbalife took the noticed depositions of the Defendants off calendar because Defendants had failed to produce additional documents that had been due before the Court stayed the case. Subsequently, the parties reached agreement on a schedule for all depositions and set the first Defendant's deposition on February 12, 2009.

12. For Herbalife's Motion to Compel Responsive Documents and Deposition Testimony, I calculated the motion hearing date pursuant to the Local Rules for a regularly noticed motion schedule. By my calculation, the earliest hearing date would be April 1, 2009.

13. On March 2, 2009, I exchanged communications with John Stephens, counsel for Defendants, regarding the motion to compel and regarding the *ex parte* application. Attached hereto as Exhibit I is a true and correct copy of that exchange along with the January 28, 2008 and February 15, 2008 letters discussed therein. Mr. Stephens specifically requested that I attach his e-mails and the February 15, 2008 letter to the *ex parte* papers.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this declaration was
3  executed on March 2, 2009, at Los Angeles, California.

*Monica L. Scheetz*

Monica L. Scheetz

la-1018757

3