EXHIBIT A

CERTIFIED COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |  |
|---|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation, | ) ) ) ) | |
|  | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CV 072529 GF (FMOx) |
| ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband and wife; DIANNA N. THOMPSON; and JASON FISHER, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED COUNTERCLAIMS. | ) ) ) | |

VOLUME I

DEPOSITION OF JACQUELINE A. MILLER

February 11, 2009

Tracy L. Mafi, CSR # 11850
276987



BARKLEY
Court Reporters

(310) 207-8000 Los Angeles   (949) 955-0400 Irvine     (415) 433-5777 San Francisco
(212) 808-8500 New York   (915) 922-5777 Sacramento   (408) 885-0550 San Jose    (760) 322-2240 Palm Springs
(702) 366-0500 Las Vegas   (858) 455-5444 San Diego    (951) 686-0606 Riverside   (818) 702-0202 Woodland Hills

Exhibit A Page 5

1              IN THE UNITED STATES DISTRICT COURT

2    FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4

5    HERBALIFE INTERNATIONAL OF          )
     AMERICA, INC., a Nevada             )
6    corporation,                        )
                                         )
7                                        )
                  Plaintiff,             )
8                                        )
         vs.                             ) Case No. CV 072529
9                                        ) GF (FMOx)
     ROBERT E. FORD and JULIA A. FORD,   )
10   husband and wife; BRUCE H. ROTH and )
     NANCY A. ROTH, husband and wife;    )
11   JEFF ORR and KATHY ORR, husband     )
     and wife; DIANNA N. THOMPSON; and   )
12   JASON FISHER,                       )
                                         )
13                Defendants.            )
     _____)
14                                       )
     AND RELATED COUNTERCLAIMS.          )
15   _____)

16

17                        VOLUME I

18

19              Deposition of JACQUELINE A. MILLER, taken

20        on behalf of the Defendants and Counterclaimants, at

21        4695 MacArthur Court, Suite 310, Newport Beach,

22        California, commencing at 9:05 a.m., Wednesday,

23        February 11, 2009, before Tracy L. Mafi, Certified

24        Shorthand Reporter No. 11850.

25

                              2

1       A    That's "distributor."

2       Q    Sorry.  Distributor.

3       A    Jenny Hienrich.

4       Q    Have you ever been the Vice President of

5   Distributor Policy Administration for Herbalife?

6       A    Yes.

7       Q    Over what period of time did you hold that

8   title?

9       A    Until the end of 2008.  I still have the title.

10  I'm leaving.  But functionally, I'm not the head of the

11  department.  And since -- as vice president -- hmm.

12  Probably since about 1999.

13      Q    While you had the position of Vice President of

14  Distributor Policy Administration for Herbalife, were you

15  responsible for the departments that enforced the rules

16  for Herbalife distributors?

17      A    Yes.

18      Q    And did those rules include distributor

19  compliance and ethics?

20      A    Yes.

21      Q    And did they also include rules regarding

22  business practices?

23      A    Yes.

24      Q    While you were the Vice President of Distributor

25  Policy and Administration, did you report to the legal

                              12

1    of his exact title.

2        Q    What departments within Herbalife are

3    responsible for enforcing the rules for Herbalife

4    distributors?

5        A    Currently, Distributor Ethics and Compliance.

6        Q    Are there any other departments within Herbalife

7    that are responsible for enforcing Herbalife's rules for

8    Herbalife distributors?

9        A    Well, since Distributor Ethics and Compliance

10    reports into the legal department, then I would say the

11    legal department.

12        Q    But you have no oversight of the legal

13    department, do you, Ms. Miller?  In fact, you report to

14    them upwardly; correct?

15        A    Correct.

16        Q    And do you oversee the Distributor Ethics and

17    Compliance department?

18        A    Not any longer.

19        Q    Okay.  Have you ever?

20        A    Yes.

21        Q    Over what period of time did you oversee the

22    Distributor Ethics and Compliance department at

23    Herbalife?

24        A    The Distributor Ethics and Compliance is the

25    current name of the merged department of Ethics and

                              14

1    Business Practices and Distributor Compliance.

2          And over a period of -- since 1993, I have, from

3    time to time, either been in charge of Distributor

4    Compliance, or Ethics and Business Practices, or both.

5          Q   So at one point in time, there were two

6    departments within Herbalife that were responsible for

7    enforcing the rules for Herbalife distributors; is that

8    your testimony?

9          A   Yes.

10         Q   Okay.  And those -- at the time there were two

11   departments.  What were those two departments called?

12         A   The Distributor Compliance department, I

13   believe, was originally called "Regulatory Compliance,"

14   and then I believe "Distributor Compliance" after that.

15         And then Ethics and Business Practices, up until

16   the time toward the end of last year when the two

17   departments were merged, was called "Ethics and Business

18   Practices."

19         Q   And when were these two departments, the

20   Distributor Compliance department and the Ethics and

21   Business Practices department, merged together?  Was that

22   last year?

23         A   Yes.

24         Q   Do you remember when last year?

25         A   It was in the last quarter.

15

1    So they aren't an enforcement department.

2         And up until the time of the merger, Ethics and

3    Business Practices -- it might be easier to say

4    Distributor Compliance would be responsible for things

5    that effect the distributors and Herbalife externally.

6    Complaints from the Better Business Bureau, government

7    agencies, as well as the export policy, and chargeback

8    fraud investigations, and signposting -- signposting.

9         Q    And what, if any, rules are the responsibility

10   for the Distributor Policy Administration to enforce?

11        A    No enforcement in that department.

12        Q    Which of these departments are responsible for

13   enforcing Rule 20-D, the 70-percent rule?

14        A    That would be Ethics and Business Practices.

15        Q    And which of these departments is responsible

16   for enforcing Rule 20-B, the ten-customer rule?

17        A    I'm sorry.  The Ethics and Business Practices

18   department.

19        Q    Who do you think at Herbalife is the person most

20   knowledgeable about the enforcement of those two rules?

21        A    The most knowledgeable as to what?

22        Q    As to the manner in which Herbalife enforces or

23   does not enforce those rules.

24        A    The person closest to it is Cheryl Strong.

25        Q    What responsibilities, if any, do you have with

19

```
 1          Q    Are you sure that audits are being conducted?

 2          A    Yes.

 3          Q    And are you then certain that documents exist?

 4          A    Yes.

 5          Q    Who, if anyone, is responsible for conducting

 6     the audits regarding the 70-percent rule, Rule 20-D?

 7          A    As far as I understand, the audit does not

 8     include -- the ten-customer audit does not include an

 9     audit of the 70-percent rule.

10          Q    I figured that, but I'm not asking you -- maybe

11     I'll ask you a better question

12          A    Okay.

13          Q    -- which is more precise.

14               Are audits conducted to ensure that customers

15     are complying with the 70-percent rule, Rule 20-D?

16          A    You mean distributors; right?

17          Q    Sorry.  Distributors.

18          A    I'm not aware of audits on that, except for the

19     ones that are conducted within an ethical

20     investigation.

21          Q    Do you know -- maybe I asked you that question.

22     Do you know whether any Herbalife distributor, since

23     January of 2006, has been disciplined in any way for

24     violating the 70-percent rule, 20-D?

25          A    I believe I said "yes" to that before.
```

25

Exhibit A Page 11

```
 1              THE WITNESS:  No.
 2    BY MR. STEPHENS:
 3        Q   Is there any threshold of royalties within
 4    Herbalife where if a distributor reaches that threshold,
 5    it triggers an inquiry into whether or not that
 6    distributor is complying with the 70-percent rule?
 7              MR. PATTERSON:  Let me just clarify.  You're
 8    talking about all distributors?
 9              MR. STEPHENS:  All distributors.
10              MR. PATTERSON:  Not just president's team?
11              MR. STEPHENS:  Not just president's team.
12              MR. PATTERSON:  Do you understand that?
13              THE WITNESS:  I think so.
14              MR. PATTERSON:  Okay.
15              THE WITNESS:  I would say "no."
16    BY MR. STEPHENS:
17        Q   Thank you.
18            I'm just going to ask you some real basic
19    questions about Herbalife.  Do you understand?
20        A   Yes.
21        Q   Does Herbalife operate a multi-level marketing
22    plan?
23        A   Yes.
24        Q   Does Herbalife sell nutritional supplements?
25        A   Yes.
```

30

**Exhibit A Page 12**

```
 1          Q    Does Herbalife sell vitamins?

 2          A    Yes.

 3          Q    Does Herbalife sell skincare products?

 4          A    Yes.

 5          Q    What other products does Herbalife sell?

 6          A    Besides literature, I can't -- I think

 7     that's -- you've listed the basic groups.

 8          Q    Okay.  What do you mean by "literature"?

 9          A    Literature that's sold to distributors for use

10     in running their business; fliers, journals, distributor

11     kits.

12          Q    What is the first level of an Herbalife

13     distributor called?

14          A    Distributor.

15          Q    Does a distributor, that first level, have the

16     right to buy products at a discount from Herbalife for

17     their own use?

18          A    Yes.

19          Q    Does a distributor have the right to buy

20     products at a discount from Herbalife for resale?

21          A    Yes.

22          Q    Is there a charge to become a distributor?

23          A    All that's required is the purchase of a

24     distributor kit.

25          Q    How much does a distributor kit cost?
```

31

1    their down line.

2         Q    There's a lot of Herbalife terminology, so from

3    time to time, I'm going to ask you to state your

4    understanding -- you know, your educated understanding of

5    certain terms so we have them on the record.

6              So you just used the term "down line."  What

7    does the term "down line" mean?

8         A    If someone signs up as a distributor, they can

9    sponsor other distributors, who, in turn, can sponsor

10   other distributors, and that becomes their down line.

11        Q    What does it mean to sponsor a distributor?

12        A    The only way to become an Herbalife distributor

13   is to be sponsored by an existing Herbalife distributor.

14   So you sign an application, and that person who is

15   signing you up becomes your sponsor and is your up

16   line.

17        Q    Do you have any responsibility for ensuring the

18   truthfulness of statements made in Herbalife

19   publications?

20        A    Please give me an example.

21        Q    The Herbalife Web site, Herbalife brochures,

22   Herbalife promotional materials, Securities and Exchange

23   Commission filings.

24        A    No.

25        Q    Any of those -- do you have any responsibility

33

Exhibit A Page 14

```
1    should be, then we would ask legal

2        Q   Sure.

3        A   -- to opine on it.

4        Q   Sorry.  I didn't mean to interrupt you.

5            Were you finished with your answer?

6        A   Yes.

7        Q   Thank you.

8            To your recollection, how many times has that

9    happened that you've seen a statement in the "Today"

10   magazine, an income claim made by a distributor, and it

11   was presumably so high that you said, "Wait a minute.  I

12   need to refer that to legal to verify"?  How many times

13   has that happened?

14       A   I can't say.

15       Q   Give me a range.

16       A   I can't do that.  I've looked at "Today"

17   magazines for 20 years or so.  So, I mean, I can't.

18       Q   You don't have a best estimate?

19       A   No.

20       Q   More than ten times?

21       A   I don't know.

22       Q   Okay.  How does one become a supervisor within

23   Herbalife?

24       A   By purchasing a certain amount of product

25   equaling either 4,000 volume points in one month, or 2500
```

36

1    volume points in two consecutive months, with at least

2    1,000 volume points unencumbered.

3        Q    What is a volume point?

4        A    It's basically -- in the United States, it's

5    equivalent to $1, and it's the -- it's basically the

6    Herbalife currency that's used to calculate royalties.

7        Q    What do you mean by the "Herbalife currency"?

8        A    Well, because it's used as frequently as the

9    figure that we look at to see if someone qualifies for

10   something.  I just mean it in that way.

11       Q    Is a volume point tied to the actual dollars

12   paid to Herbalife by the distributor for the product, or

13   is it tied to the suggested retail price of the product,

14   or to some other number?

15       A    I don't remember.  I believe it is the retail

16   amount.

17       Q    What is an unencumbered volume point?

18       A    The unencumbered volume for purposes of

19   supervisor qualification is volume product that the

20   qualifying supervisor has purchased, but does not sell to

21   his down line who is qualifying for supervisor.  He can

22   sell it to customers or other distributors who are not

23   qualified, or use it for his own personal use.

24       Q    Okay.  What is a qualifying supervisor?

25       A    Someone who is doing the volume to qualify for

37

**Exhibit A Page 16**

1    supervisor.  And at the point that -- in a month that

2    they have purchased the required volume to qualify, then

3    they are able to purchase at 50 percent for the remainder

4    of the month, and they are called a "qualifying

5    supervisor."

6        Q    Are there certain supervisors within Herbalife

7    who are fully qualified and others who are partially

8    qualified?

9        A    If you're not a fully qualified supervisor,

10   you're not a supervisor.  Unless in the case of

11   qualifying supervisor, you have those purchasing

12   privileges.  That's a temporary status.

13       Q    Okay.  So what are the requirements to maintain

14   the status of supervisor within Herbalife; the volume

15   point requirements or any other requirements, for that

16   matter?

17       A    What do you mean "or any other requirements"?

18       Q    I don't know.

19       A    Oh, in order to remain a supervisor, a

20   distributor has to requalify annually.  And one of the

21   ways available is for the original supervisor

22   qualification.

23       Q    So the initial qualifications to become a

24   supervisor are purchase of 4,000 volume points within a

25   month, or 25,000 (sic) volume points in two consecutive

                              38

BARKLEY

```
 1   months; correct?

 2        A    2500.

 3        Q    2500.  I misspoke.  2500.  In two consecutive

 4   months; correct?

 5        A    Yes.

 6        Q    So then if you do those things, you can

 7   initially qualify to become a supervisor; correct?

 8        A    Yes.

 9        Q    Then in order to continue to retain the status

10   of supervisor and all privileges of the supervisor, which

11   we'll get to in a second, the Herbalife distributor must

12   purchase, on a monthly basis, 100 -- sorry -- 1,000

13   unencumbered volume points, and then must also within

14   that one year have a $4,000-volume point month, and a

15   2500 -- or a 2500 volume point, two consecutive -- for

16   two consecutive months; correct?

17        A    No.

18        Q    Okay.  How am I wrong?

19        A    The thousand unencumbered on a monthly basis is

20   not a requirement.  Only on the original qualification

21   and on the requalification.

22        Q    So then is it true, then, if I'm getting this

23   right, that it takes a minimum of a year for somebody to

24   qualify as a supervisor, from the time that they

25   initially become an Herbalife distributor?
```

39

BARKLEY

**Exhibit A Page 18**

1            THE WITNESS:  Confusing.

2            So that the person qualifying has a

3     responsibility in getting themselves qualified.  They

4     don't just bring people in who count for their volume and

5     qualify.  They have to do something, too.

6     BY MR. STEPHENS:

7         Q    And what is the something that they have to

8     do?

9         A    The unencumbered, and sponsor people.

10        Q    Is there any requirement for retail sales of

11    somebody who's a -- before they can become a

12    supervisor?

13        A    No.

14        Q    Now, the 70-percent rule -- we can break it out

15    and look at it if you want, but the 70-percent rule

16    requires what?  What's your understanding of the

17    70-percent rule?

18        A    At least -- it's a difficult rule.  At least

19    70 percent of the product that distributor purchases in a

20    month has to be sold to down-line distributors or

21    customers.  And I hope I didn't misstate that.

22        Q    Well, I've read it, and I think that that's a

23    pretty good try.

24        A    Oh, thank you.

25        Q    Okay.  And you did a good job, I think, on that

                          41

Exhibit A Page 19

1          Is it your understanding that under the last

2    sentence of Paragraph 4 of the distributorship agreement,

3    which reads, "For such period distributor also agrees not

4    to enter or participate in a competing business or

5    business activity" -- is it your understanding that under

6    that language a distributor is free to compete as long as

7    they don't use confidential information?

8          A    No.

9          Q    Okay.  What is your understanding?  Are they

10   free to compete or not?

11              MR. PATTERSON:  Same objection.

12              THE WITNESS:  I just read it at face value.

13   They're not allowed to participate in a competing

14   business.

15   BY MR. STEPHENS:

16         Q    Okay.  Thank you.

17              And at least until -- at least in the years that

18   are indicated in these documents, if an Herbalife

19   distributor -- and you can look at the years, if you

20   want.  If an Herbalife distributor -- sorry.

21              If a person wanted to become an Herbalife

22   distributor, they had to sign a document with that

23   language in it, didn't they?

24         A    Yes.

25         Q    If I just wanted to buy a box of bars from an

54

BARKLEY

1    declaration that you signed in the case.

2         And so what I'd like to do is have my last

3    question read back, and I want it answered, please.

4              (The record was read by the deposition

5              officer as follows:

6              "QUESTION:  Do they have to comply with

7              Rule 8-A after they terminate the

8              distributorship?")

9    THE WITNESS:  Yes.

10   MR. PATTERSON:  Same objection, but go ahead.

11   BY MR. STEPHENS:

12   Q   In fact, according to the terms of 8-A, the

13   terms apply to a distributor for one year after the

14   termination of the distributorship; correct?

15   A   Yes.

16   Q   Okay.  And under the terms of 8-A, a distributor

17   is not allowed to solicit a distributor of which they

18   became aware while they were an Herbalife distributor,

19   for one year; isn't that true?

20   A   Yes.

21   MR. PATTERSON:  Among other things.

22   BY MR. STEPHENS:

23   Q   And let me ask you this question:  Under 8-A,

24   if -- and under your understanding of 8-A, of somebody

25   who is responsible for enforcing Rule 8-A -- and you are,

56

1    aren't you?  You're responsible for enforcing 8-A;

2    right?

3        A    I was, yes.

4        Q    And you were during the period you gave a

5    declaration in this case; right?

6        A    Yes.

7        Q    And you so testified in your declaration?

8        A    Yes.

9        Q    And based on your understanding of Rule 8-A, if

10   a former Herbalife distributor solicited an Herbalife

11   distributor of which they were aware, while the former

12   Herbalife distributor was an Herbalife distributor, and

13   they did not use any confidential information to do so,

14   would they be in violation of Rule 8-A?

15       A    Yes.

16           MR. PATTERSON:  I'll object.  It calls for a

17   legal conclusion.

18           You can answer.

19           THE WITNESS:  Yes.

20   BY MR. STEPHENS:

21       Q    And what is your basis for that answer?

22       A    Can you ask the question one more time, because

23   now I've forgotten the question?

24       Q    Okay.  I'm an Herbalife distributor; right?  Let

25   me give you an example.  And I'm giving it to you, and I

                            57

1        A    Not to my knowledge.

2        Q    Do you have any understanding of what the

3   average president's team member earned in 2006?

4        A    No.

5        Q    Earlier today, we were talking about audits.

6   Ten-customer rule audits and 70-percent rule audits.   Do

7   you remember us talking about that?

8        A    Yes.

9        Q    Now, I want -- I'm going to break that down, and

10  I want you to describe what each audit entails.   So we're

11  going to start with 10 percent, and then we're going to

12  go to 70 percent.   Do you understand?

13       A    Yes.

14       Q    Tell me -- give me your best description of what

15  a ten-customer audit entails.

16       A    The distributor would be contacted, and we would

17  request a list of their customers for a particular month

18  or months that we are auditing the volume on.   We would

19  then make attempts to contact those customers in order to

20  verify their purchases.

21       Q    Under Rule 20-C -- that's the ten-customer

22  rule -- does a distributor have to submit, on a monthly

23  basis, its ten customers to Herbalife -- it's list of

24  customers with the customer contact information?

25       A    Can you repeat the question?

62

JACQUELINE A. MILLER, VOLUME I

1    Q   Yes, I can.

2        Under Rule 20-C -- and I'm happy to show it to

3    you.  I'm not trying to trick you.  You can look at it if

4    you wish.

5        Under Rule 20-C, is there a requirement that on

6    a monthly basis the Herbalife distributor has to send

7    Herbalife its list of retail customers with the contact

8    information for those customers?  Is that required?

9    A   No.

10   Q   Is it required that the distributor retain that

11   information -- the ten-customer information -- for two

12   years?

13   A   Yes.

14   Q   Okay.  And is it required that if Herbalife

15   requests the customer for that information, they must

16   provide the ten-customer information to Herbalife?

17   A   Yes.

18   Q   Are there -- how are they supposed to keep the

19   information, these Herbalife distributors?  Is there a

20   form of some sort that they have to write on?

21   A   There's a retail order form that they should be

22   providing to the customer.

23   Q   So

24   A   They can keep that.

25   Q   So the way the process should work is each time

63

1    sham or charade from

2         MR. PATTERSON:  Fraud.

3    BY MR. STEPHENS:

4      Q   -- working?

5      A   No.

6      Q   Okay.  Have you now told me everything that a

7    ten-customer audit entails?

8      A   I don't conduct them.  So to the best of my

9    knowledge, that is the inquiry process.

10      Q   And do you have any understanding of how many

11    ten-customer audits are conducted by Herbalife on an

12    annual basis?  And I'm asking for your best estimate.

13      A   I believe it's in the neighborhood of about 1200

14    audits.

15      Q   Now, the 70-percent rule, are there audits

16    relating to the 70-percent rule?

17      A   No.

18      Q   When Herbalife does an investigation as to

19    whether or not its independent distributors have complied

20    with the 70-percent rule, what does that investigation

21    entail?

22      A   It's basically looking at the volume of the

23    person over the period in question, requesting that the

24    distributor provide documentation as to how they sold

25    their products, and then calculating whether they're

69

BARKLEY

Exhibit A Page 25

1    BY MR. STEPHENS:

2         Q    On Exhibit 5, I'd like you to turn to page 22,

3    and it says, "Marketing Plan."  And it's got this green,

4    looks like, sort of a pyramid.  Are you with me?

5         A    You mean the stair step?

6         Q    Yes.  Is that what it's called in Herbalife

7         A    Yes.

8         Q    -- lingo; "the stair step"?

9         A    Yes.

10        Q    And these are all levels here that you're

11   familiar with -- right? -- based on your

12   20-some-odd-years experience at Herbalife?  The levels

13   within Herbalife that appear on page 22 of Exhibit 5, you

14   know what they are; right?

15        A    Yes.

16        Q    At what point in this stair step does one begin

17   to earn a royalty override?

18        A    Supervisor.

19        Q    So that's the third stair step up?

20        A    Yes.

21        Q    And at what point does someone begin to earn a

22   tab team production bonus?

23        A    Starting at "Get Team, global expansion team."

24        Q    There's a reference in Rule 20-C -- and it also

25   appears in 20-D -- to production bonuses.  Are there

71

BARKLEY

Exhibit A Page 26

1     royalty overrides.

2          A    Oh, okay.

3          Q    What is a royalty override?

4          A    Royalty override, if you are -- qualify as

5     supervisor and you have supervisors below you that you

6     have sponsored, you're eligible to earn -- you're

7     eligible to qualify to earn royalty overrides on the

8     volume that they do down -- three levels down.

9               And the percentage that you receive depends upon

10    the amount of volume you purchase, which is anywhere from

11    1 to 5 percent.

12         Q    And when you say "the volume you purchase," you

13    mean

14         A    Your personal volume -

15         Q    -- your personal volume?

16              What does "personal volume" mean?

17         A    It's volume that I might purchase as a

18    supervisor.  I purchase it myself.  Or it's volume that's

19    being purchased by my down line, who are not supervisors.

20    That also counts as my personal volume.

21         Q    So let me see if I can state this; and if I

22    state it, I know I understand it.

23              A royalty override is a bonus earned by a

24    supervisor on the purchases of the purchaser's

25    -- sorry -- the supervisor's down line supervisors.  Am I

                              73

1    Q    Why does it matter?

2    A    Because that's the purpose of the business.  So

3    that, you know, people aren't just stockpiling products

4    in their garages.

5    Q    What would be wrong with that?

6    A    Because then, you know, they're stuck with a lot

7    of product that they're not selling.

8    Q    Isn't that their risk?  What difference does it

9    make?

10   A    Well, it makes a difference to us because we

11   want the products to be sold to customers and to be used

12   and, you know....

13   Q    Why?

14   A    Why?  It's a good thing.  Um, I think that it

15   helps us to comply with regulations for multi-level

16   marketing.

17   Q    That's right, isn't it?

18        Now, how does Herbalife ensure that the

19   ten-customer rule achieves those objectives?

20   A    Through audits and investigations.

21   Q    Anything else?

22   A    I can't think of anything.

23   Q    Have you ever -- I'm sorry.  Has Herbalife ever

24   had a study done by, like, say, an expert or somebody

25   outside of Herbalife to determine whether the

94

1    ten-customer rule achieves the objectives of Herbalife?

2        A    Perhaps in the legal department.

3        Q    Have you ever seen such a study?

4        A    Whether a study -- again....

5        Q    Okay.  You've explained the objectives of the

6    ten-customer rule.  What I'm trying to find out is

7    whether the ten-customer rule has effectively achieved

8    those objectives.

9            So my question to you is:  Has Herbalife ever

10   done a study, either in-house or externally, to determine

11   whether the ten-customer rule achieves effectively the

12   objectives of the rule?

13       A    I'm not aware of one.

14       Q    Okay.  Now, what are the objectives of the

15   70-percent rule?

16       A    They're similar.  You know, to ensure that sales

17   to customers are being made.

18       Q    But you can comply with the 70-percent rule by

19   selling to down line distributors; right

20       A    Right.

21       Q    -- at least -- as long as you have your ten

22   retail customers?

23       A    Right.

24       Q    So does the 70-percent rule effectively achieve

25   the objective that Herbalife has for it?

                              95

```
 1        A    I don't know that I could answer that.

 2        Q    Okay.  Is there anybody at Herbalife that

 3   could?

 4        A    I don't think so.

 5        Q    Has Herbalife done any studies to determine

 6   whether the 70-percent rule is effective in achieving the

 7   objectives it was designed to accomplish?

 8        A    I'm not aware of any.

 9        Q    What is your educational background?

10        A    High school.

11        Q    Where did you go to high school?

12        A    Tustin High.

13        Q    Were they the Tillers back then?

14        A    You bet.

15        Q    Excellent.  Okay.  Did you go to college after

16   high school?

17        A    No, I did not.

18        Q    Where did you go to work after high school?

19        A    A variety of jobs.  I was playing piano for

20   dinner theaters and -- little theaters.  Some performing.

21   I then did catering for a number of years.  And then came

22   to Herbalife.

23        Q    So pre-Herbalife -- I mean, is it fair to say

24   because I want you to make sure I get it all

25   -- pre-Herbalife, between high school and Herbalife, your
```

96