EXHIBIT B

annual report 2006



HERBALIFE.

*Making the world healthier.*

Case 2:07-cv-02529-GAF-FMO   Document 153   Filed 03/02/09   Page 2 of 7   Page ID #:1566

Δ π EXHIBIT 27
Deponent GREENBERG
Date 2/17/09 Rptr. UM
WWW.DEPOBOOK.COM

Exhibit B Page 52

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

### FOR ANNUAL AND TRANSITION REPORTS PURSUANT TO SECTIONS 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

(Mark One)

☑ **ANNUAL REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2006

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission file number: 1-32381

# HERBALIFE LTD.
*(Exact Name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Cayman Islands** | **98-0377871** |
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **P.O. Box 309GT** | **90067** |
| **Ugland House, South Church Street** | *(Zip Code)* |
| **Grand Cayman, Cayman Islands** | |
| *(Address of Principal Executive Offices)* | |

(310) 410-9600
*(Registrant's telephone number, including area code)*

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Shares, par value $0.002 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☑    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☑

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229,405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☑    Accelerated filer ☐    Non-accelerated filer ☐

Indicate by check mark whether registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☑

There were 71,714,164 common shares outstanding as of February 22, 2007. The aggregate market value of the Registrant's common shares held by non-affiliates was approximately $1,684 million as of June 30, 2006, based upon the last reported sales price on the New York Stock Exchange on that date of $39.90.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's Definitive Proxy Statement to be filed with the Securities and Exchange Commission no later than 120 days after the end of the Registrant's fiscal year ended December 31, 2006, are incorporated by reference in Part III of this Form.

Item 6.  *SELECTED FINANCIAL DATA*

The following table sets forth certain of our historical financial data. We have derived the selected historical consolidated financial data, the seven month period ended July 31, 2002, the five month period ended December 31, 2002 and the years ended December 31, 2003, 2004, 2005 and 2006, from our audited financial statements and the related notes. Not all periods shown below are included in this Annual Report on Form 10-K. The selected consolidated historical financial data set forth below are not necessarily indicative of the results of future operations and should be read in conjunction with the discussion under the heading "Management's Discussion and Analysis of Financial Condition and Results of Operations," and the historical consolidated financial statements and accompanying notes included elsewhere in this document. All common share and earnings per share data gives effect to a 1:2 reverse stock split, which took effect December 1, 2004.

| | Predecessor | Successor | | | | |
|---|---|---|---|---|---|---|
| | January 1 to July 31, 2002 | August 1 to December 31, 2002 | Year Ended December 31, | | | |
| | | | 2003 | 2004 | 2005 | 2006 |
| | (In thousands except per share data) | | | | | |
| **Income Statement Data:** | | | | | | |
| Net sales | $ 644,188 | $ 449,524 | $1,159,433 | $1,309,663 | $1,566,750 | $1,885,534 |
| Cost of sales | 140,553 | 95,001 | 235,785 | 269,913 | 315,746 | 380,338 |
| Gross profit | 503,635 | 354,523 | 923,648 | 1,039,750 | 1,251,004 | 1,505,196 |
| Royalty overrides | 227,233 | 159,915 | 415,351 | 464,892 | 555,665 | 675,245 |
| Selling, General and Administrative Expenses(1) | 207,390 | 135,536 | 401,261 | 436,139 | 476,268 | 573,005 |
| Acquisition transaction expenses(2) | 54,708 | 6,183 | — | — | — | — |
| Operating income(1) | 14,304 | 52,889 | 107,036 | 138,719 | 219,071 | 256,946 |
| Interest income (expense), net | 1,364 | (23,898) | (41,468) | (123,305) | (43,924) | (39,541) |
| Income before income taxes and minority interest | 15,668 | 28,991 | 65,568 | 15,414 | 175,147 | 217,405 |
| Income taxes | 6,267 | 14,986 | 28,721 | 29,725 | 82,007 | 74,266 |
| Income (loss) before minority interest | 9,401 | 14,005 | 36,847 | (14,311) | 93,140 | 143,139 |
| Minority interest | 189 | — | — | — | — | — |
| Net income (loss) | $ 9,212 | $ 14,005 | $ 36,847 | $ (14,311) | $ 93,140 | $ 143,139 |
| Earnings (loss) per share | | | | | | |
| Basic | $ 0.28 | $ — | $ — | $ (0.27) | $ 1.35 | $ 2.02 |
| Diluted | $ 0.27 | $ 0.27 | $ 0.69 | $ (0.27) | $ 1.28 | $ 1.92 |
| Weighted average shares outstanding | | | | | | |
| Basic | 32,387 | — | — | 52,911 | 68,972 | 70,814 |
| Diluted | 33,800 | 51,021 | 53,446 | 52,911 | 72,491 | 74,509 |
| **Other Financial Data:** | | | | | | |
| Retail sales(3) | $1,047,690 | $ 731,505 | $1,894,384 | $2,146,241 | $2,575,716 | $3,100,205 |
| Net cash provided by (used in): | | | | | | |
| Operating activities | 37,901 | 28,039 | 94,350 | 80,110 | 143,352 | 184,447 |
| Investing activities | 18,995 | (456,046) | 3,152 | (8,086) | (32,526) | (66,808) |
| Financing activities | (35,292) | 491,519 | (18,831) | (23,160) | (225,890) | (55,044) |
| Depreciation and amortization | 11,722 | 11,424 | 55,605 | 43,896 | 35,436 | 29,995 |
| Capital expenditures(4) | 6,799 | 3,599 | 20,435 | 30,279 | 32,604 | 66,870 |

44

|  | Company | | | | |
|---|---|---|---|---|---|
|  | As of December 31, | | | | |
|  | 2002 | 2003 | 2004 | 2005 | 2006 |
|  | (In thousands except per share data) | | | | |
| **Balance Sheet Data:** | | | | | |
| Cash and cash equivalents(5) | $ 76,024 | $156,380 | $201,577 | $ 88,248 | $ 154,323 |
| Receivables, net | 29,026 | 31,977 | 29,546 | 37,266 | 51,758 |
| Inventories | 56,868 | 59,397 | 71,092 | 109,785 | 146,036 |
| Total working capital | 7,186 | 1,521 | (1,556) | 14,094 | 132,215 |
| Total assets | 855,705 | 903,964 | 948,701 | 837,801 | 1,016,933 |
| Total debt | 340,759 | 325,294 | 486,217 | 263,092 | 185,438 |
| Shareholders' equity(6) | 191,274 | 237,788 | 64,342 | 168,888 | 353,890 |
| Cash Dividends per common share | 0.30 | — | 2.76 | — | — |

(1) The year ended December 31, 2003 includes $5.1 million in legal and related costs associated with litigation resulting from the Acquisition. The year ended December 31, 2006 includes approximately $7.5 million of severance and related expense, in the fourth quarter of 2006 associated with the Realignment For Growth plan efforts.

(2) The seven months ended July 31, 2002 and the five months ended December 31, 2002, include fees and expenses related to the Acquisition.

(3) Prior to 2003, we reported retail sales on the face of our consolidated income statement in addition to the required disclosure of net sales. Retail sales represent the gross sales amount reflected on our invoices to our distributors. We do not receive the retail sales amount. "Product sales" represent the actual product purchase price paid to us by our distributors, after giving effect to distributor discounts referred to as "distributor allowances," which total approximately 50% of suggested retail sales prices. Distributor allowances as a percentage of sales may vary by country depending upon regulatory restrictions that limit or otherwise restrict distributor allowances. "Net sales" represents product sales and handling and freight income.

Retail sales data is referred to in "Management's Discussion and Analysis of Financial Condition and Results of Operations." Our use of retail sales reflect the fundamental role of "retail sales" in our accounting systems, internal controls and operations, including the basis upon which the distributors are being paid. In addition, information in daily and monthly reports reviewed by our management relies on retail sales data.

The following represents the reconciliation of retail sales to net sales for each of the periods set forth above:

|  | Predecessor | Successor | | | | |
|---|---|---|---|---|---|---|
|  |  | Year Ended December 31, | | | | |
|  | January 1 to July 31, 2002 | August 1 to December 31, 2002 | 2003 | 2004 | 2005 | 2006 |
| Retail sales | $1,047,690 | $ 731,505 | $1,894,384 | $ 2,146,241 | $ 2,575,716 | $ 3,100,205 |
| Distributor allowance | (492,997) | (345,145) | (899,264) | (1,021,196) | (1,225,441) | (1,472,527) |
| Product sales | 554,693 | 386,360 | 995,120 | 1,125,045 | 1,350,275 | 1,627,678 |
| Handling and freight income | 89,495 | 63,164 | 164,313 | 184,618 | 216,475 | 257,856 |
| Net sales | $ 644,188 | $ 449,524 | $1,159,433 | $ 1,309,663 | $ 1,566,750 | $ 1,885,534 |

(4) Includes acquisition of property from capitalized leases of $2.1 million, $1.4 million, $6.8 million, $7.2 million, $1.1 million and $2.6 million for the seven months ended July 31, 2002, the five months ended December 31, 2002, the years ended December 31, 2003, 2004, 2005 and 2006, respectively.

45

(5) Includes restricted cash of $10.6 million and $5.7 million as of December 31, 2002 and December 31, 2003, respectively, and $1.3 million of marketable securities at December 31, 2002.

(6) In December 2004 we used a portion of the net proceeds from the initial public offering of our common shares to pay an aggregate of $139.7 million in special cash dividends, or $2.64 dollar amount per common share, to our shareholders of record on December 14, 2004. In addition, we paid an aggregate of $6.3 million in special cash dividends, or $0.12 per common share, to shareholders on record on December 13, 2004. In March 2004 in conjunction with the conversion of our 12% preferred shares into common shares we paid a total of $221.6 million to the preferred shareholders including, $38.5 million, representing accrued and unpaid dividends.

## Item 7.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*You should read the following discussion and analysis in conjunction with "Selected Financial Data" and our consolidated financial statements and related notes, each included elsewhere in this Annual Report on Form 10-K.*

### Overview

We are a global network marketing company that sells weight management, nutritional supplement and personal care products. We pursue our mission of "changing people's lives" by providing a financially rewarding business opportunity to distributors and quality products to distributors and their customers who seek a healthy lifestyle. We are one of the largest network marketing companies in the world with net sales of approximately $1.9 billion for the year ended December 31, 2006. We sell our products in 63 countries through a network of over 1.5 million independent distributors. In China, in order to comply with local legislation, we sell our products through retail stores and an employed sales force. We believe the quality of our products and the effectiveness of our distribution network, coupled with geographic expansion, have been the primary reasons for our success throughout our 27-year operating history.

We offer products in three principal categories: weight management products, nutritional supplements which we refer to as "Targeted Nutrition" and personal care products which we refer to as "Outer Nutrition®". Our products are often sold in programs, which are comprised of a series of related products designed to simplify weight management and nutrition for consumers and maximize our distributors' cross-selling opportunities.

Industry-wide factors that affect us and our competitors include the increasing prevalence of obesity and the aging of the worldwide population, which are driving demand for nutrition and wellness-related products and the recruitment and retention of distributors.

The opportunities and challenges upon which we are most focused are: retailing of our products, recruitment and retention of distributors and improving distributor productivity, new markets, further penetrating existing markets including China, globalizing successful distributor methods of operation (such as Nutrition Clubs), introducing new products, developing niche market segments and further investing in our infrastructure.

In July 2006, we changed our geographic units from four to seven units as part of our on-going realignment for growth efforts. These changes are intended to create growth opportunities for our distributors, support faster decision making across the organization by reducing layers of management, improve the sharing of ideas and tools and accelerate growth in our high potential markets. Under the new geographic units we report revenue from:

- North America, which consists of the U.S., Canada, Jamaica and the Dominican Republic;
- Mexico and Central America, which consists of Mexico, Costa Rica and Panama;
- Brazil;
- South America and Southeast Asia, which includes New Zealand and Australia and excludes Brazil;
- EMEA, which consists of Europe, the Middle East and Africa;

Exhibit B Page 56

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereto duly authorized.

HERBALIFE Ltd.

By: /s/   RICHARD GOUDIS
Richard Goudis
*Chief Financial Officer*

Dated: February 26, 2007

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the date indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ MICHAEL O. JOHNSON<br>Michael O. Johnson | Chief Executive Officer, Director (Principal Executive Offices) | February 26, 2007 |
| /s/ RICHARD GOUDIS<br>Richard Goudis | Chief Financial Officer (Principal Financial Officer) | February 26, 2007 |
| /s/ DAVID PEZZULLO<br>David Pezzullo | Chief Accounting Officer (Principal Accounting Officer) | February 26, 2007 |
| /s/ PETER CASTLEMAN<br>Peter Castleman | Director, Chairman of the Board | February 26, 2007 |
| /s/ LEROY BARNES<br>Leroy Barnes | Director | February 26, 2007 |
| /s/ RICHARD BERMINGHAM<br>Richard Bermingham | Director | February 26, 2007 |
| /s/ DAVID D. HALBERT<br>David D. Halbert | Director | February 26, 2007 |
| /s/ PETER MASLEN<br>Peter Maslen | Director | February 26, 2007 |
| /s/ COLOMBE M. NICHOLAS<br>Colombe M. Nicholas | Director | February 26, 2007 |
| /s/ VALERIA RICO<br>Valeria Rico | Director | February 26, 2007 |
| /s/ JOHN TARTOL<br>John Tartol | Director | February 26, 2007 |
| /s/ LEON WAISBEIN<br>Leon Waisbein | Director | February 26, 2007 |