EXHIBIT C

# LIVE THE GOOD LIFE WITH HERBALIFE



Exhibit C Page 58

# How To Earn Even More Income

## Example 1: You = Supervisor (2,500 Volume Points)

**You recruit & retain 2 Supervisors**
2 Supervisors each produce 2,500 Organizational Volume Points
= 5,000 Volume Points    R.O. = $250/month

**They each recruit & retain 2 Supervisors**
4 Supervisors each produce 2,500 Organizational Volume Points
= 10,000 Volume Points    R.O. = $500/month

**They each recruit & retain 2 Supervisors**
8 Supervisors each produce 2,500 Organizational Volume Points
= 20,000 Volume Points    R.O. = $1,000/month

Total of 35,000 Vol. Pts., Your R.O. = $1,750 Plus Production Bonus of 2% = $700

**Total of Checks $2,450/mo.**

## Example 2: You = Supervisor (2,500 Volume Points)

**You recruit & retain 3 Supervisors**
3 Supervisors each produce 2,500 Organizational Volume Points
= 7,500 Volume Points    R.O. = $375/month

**They each recruit & retain 3 Supervisors**
9 Supervisors each produce 2,500 Organizational Volume Points
= 22,500 Volume Points    R.O. = $1,125/month

**They each recruit & retain 3 Supervisors**
27 Supervisors each produce 2,500 Organizational Volume Points
= 67,500 Volume Points    R.O. = $3,375/month

Total of 97,500 Vol. Pts., Your R.O. = $4,875 Plus Production Bonus of 4% = $3,900

**Total of Checks $8,775/mo.**

## Example 3: You = Supervisor (2,500 Volume Points)

**You recruit & retain 5 Supervisors**
5 Supervisors each produce 2,500 Organizational Volume Points
= 12,500 Volume Points    R.O. = $625/month

**They each recruit & retain 5 Supervisors**
25 Supervisors each produce 2,500 Organizational Volume Points
= 62,500 Volume Points    R.O. = $3,125/month

**They each recruit & retain 5 Supervisors**
125 Supervisors each produce 2,500 Organizational Volume Points
= 312,500 Volume Points    R.O. = $15,625/month

Total of 387,500 Vol. Pts., Your R.O. = $19,375 Plus Production Bonus of 6% = $23,250

**Total of Checks $42,625/mo.**

The income levels set forth above are applicable to the examples depicted. They are not typical. For typical financial performance data, see the Statement of Average-Gross Compensation for U.S. Supervisors at www.herbalife.com <http://www.Herbalife.com/> and www.MyHerbalife.com.

These sales/recruiting goals are for illustration purposes only. They demonstrate, in a straightforward and simple manner, how the Sales & Marketing Plan operates. In actual practice, no two Distributors have identical organizations. Some persons that you recruit as Distributors will choose to leave your organization, meaning you must focus not just on recruiting new Distributors, but also on retaining your existing Distributors and replacing those who leave. Moreover, in order to reach the earnings levels set forth above, you will need to implement an aggressive, well-conceived, and disciplined sales plan. Such plans are viable for some Distributors, but not for others (especially those who are new to the business). You must always consider your personal circumstances and set reasonable goals which do not result in undue pressure on yourself or the persons you approach. Also, keep in mind that your primary focus as a Distributor is the promotion and sale of Herbalife products for consumption.

Wyoming law prohibits the use of any income representations or testimonials by Distributors. Do not use or share the information on this page with any resident of Wyoming.

21

Exhibit C Page 59

# The Marketing Plan

Leading Distributor Compensation in the Industry Plus: Other bonuses and incentives that are announced from time to time!

**50K President**
Up to 7% Organizational Production Bonus

**30K President**
Up to 6¼% Organizational Production Bonus

**20K President**
Up to 6½% Organizational Production Bonus

**President's Team**
All the benefits of a Supervisor PLUS 2-6% Organizational Production Bonus, Qualify for special Vacation and Training Events, Plus other bonuses

**Millionaire Team**
All the benefits of a Supervisor PLUS 4 or 2% Organizational Production Bonus, Qualify for special Vacation and Training Events

**TAB Team**
(Top Achievers Business Team)

**Global Expansion Team**
All the benefits of a Supervisor PLUS 2% Organizational Production Bonus, Qualify for special Vacation and Training Events

**World Team**
All the benefits of a Supervisor PLUS Receive special recognition and training

**Active Supervisor**
All the benefits of a Supervisor PLUS Additional training and recognition

**Supervisor**
50% Retail Profit, Up to 25% Wholesale Profit, Earn up to 5% Royalty Override on three levels

**Success Builder**
Receive a 42% discount on a 1000 Volume Point order, Special Success Builder recognition

**Distributor**
25% Retail Profit, DISTRIBUTOR HAP–35%-42% Retail Profit, SENIOR CONSULTANT– 30%-42% Retail Profit, 1%-17% Wholesale Profit

22

Exhibit C Page 60