CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>   Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF SEAN P. GATES IN SUPPORT OF MOTION BY HERBALIFE INTER-NATIONAL OF AMERICA, INC. FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   March 23, 2009<br>Time:   9:30 a.m.<br>Courtroom: 740-Roybal |

la-1018701

1    I, Sean P. Gates, declare as follows:

2    1.   I am an attorney licensed to practice in California and am a partner in
3    the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Herbalife
4    International of America, Inc. ("Herbalife") in this matter.  I am familiar with the
5    facts set forth herein, and if sworn as a witness, I could and would testify
6    competently thereto.

7    2.   Attached as Exhibit A to this Declaration is a true and correct copy of
8    the Declaration of Jacqueline A. Miller in Support of Herbalife's Motion for
9    Preliminary Injunction.

10   3.   Attached as Exhibit B to this Declaration is a true and correct copy of
11   the Declaration of Jacqueline A. Miller in Further Support of Herbalife's Motion
12   for Preliminary Injunction.

13   4.   Attached as Exhibit C to this Declaration is a true and correct copy of
14   the Declaration of Dean Mandryk in Further Support of Herbalife's Motion for
15   Preliminary Injunction.

16   5.   Attached as Exhibit D to this Declaration is a true and correct copy of
17   the Declaration of David Schmaman in Further Support of Herbalife's Motion for
18   Preliminary Injunction.

19   6.   Attached as Exhibit E to this Declaration is a true and correct copy of
20   the Declaration of Caryle Justesen in Support of Herbalife's Motion for Preliminary
21   Injunction.

22   7.   Attached as Exhibit F to this Declaration is a true and correct copy of
23   the Declaration of Kairrie McClain in Support of Herbalife's Motion for
24   Preliminary Injunction.

25   8.   Attached as Exhibit G to this Declaration is a true and correct copy of
26   the Declaration of Lilith Nix in Support of Herbalife's Motion for Preliminary
27   Injunction.

28

la-1018701

1     9.    Attached as Exhibit H to this Declaration is a true and correct copy of the Declaration of Elizabeth Klucken in Support of Herbalife's Motion for Preliminary Injunction.

    10.    Attached as Exhibit I to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Jeff Orr taken in this case.

    11.    Attached as Exhibit J to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Jacqueline Miller taken in this case.

    12.    Attached as Exhibit K to this Declaration is a true and correct copy of Exhibit 4 (Herbalife's Rule of Conduct and Distributor Policies), which was marked at the deposition of Jacqueline Miller taken in this case.

    13.    Attached as Exhibit L to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Paul Greenberg taken in this case.

    14.    Attached as Exhibit M to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of David H. Schmaman taken in this case.

    15.    Attached as Exhibit N to this Declaration is a true and correct copy of Defendants Amended Counterclaim.

    16.    Attached as Exhibit O to this Declaration is a true and correct copy of Defendants and Counterclaimants' Opposition to Plaintiff's Motion for Preliminary Injunction.

///
///
///
///

2

la-1018701

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this declaration was
3  executed on March 2, 2009, at Los Angeles, California.
4
5                                             /s/ Sean P. Gates
6                                           Sean P. Gates

la-1018701