CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF JENNIFER HIENRICH IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:      June 1, 2009<br>Time:     9:30 a.m.<br>Courtroom: 740-Roybal |

la-1027157

I, Jennifer Hienrich, declare as follows:

1. I am employed by Herbalife International of America, Inc. ("Herbalife"). I am familiar with the facts set forth herein and, if sworn as a witness, I could and would testify competently hereto.

2. I am Vice President, Distributor Ethics and Compliance for Herbalife.

3. Herbalife regularly records its payments to its distributors in a computer database. These payments include royalties, production bonuses, commissions, and bonuses.

4. Herbalife's database is capable of generating a report showing all payments Herbalife has made to any particular distributor. This report is called a Transaction Summary. Transaction Summaries may be used to calculate the total payments made to an Herbalife distributor, i.e., an Earnings Summary.

5. Attached hereto as Exhibit A is a true and correct copy of Earnings Summaries for Jason Fisher, Robert Ford, Jeff Orr, Kathy Orr, Bruce Roth, Nancy Roth, and Dianna Thompson. The total amount of payments for each of these former Herbalife distributors is indicated by the "GRAND TOTAL" in each Earnings Summary.

6. I am familiar with the Herbalife database from which Transaction Summaries are generated. I personally verified that the GRAND TOTAL amounts indicated in Exhibit A are correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 4, 2009, at Torrance, California.

*/s/ Jennifer Hienrich*

Jennifer Hienrich

la-1027157

1