1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
3  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street
5  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Plaintiff
   HERBALIFE INTERNATIONAL OF AMERICA,
8  INC.

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12                       WESTERN DIVISION

13

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF RICHARD PALMER IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:       June 1, 2009<br>Time:       9:30 a.m.<br>Courtroom: 740-Roybal |

1   I, Richard Palmer, declare as follows:

2       1.    I am a distributor of Herbalife International of America, Inc. ("Herbalife"). I have been an Herbalife distributor since approximately 1992. The facts set forth below are within my personal knowledge and, if sworn as a witness, I could and would testify competently hereto.

3       2.    I have worked very hard over the years to build my Herbalife distributorship, and it has been successful. For example, I am a member of the Herbalife "President's Team."

4       3.    Until approximately Fall 2006, Robert and Julia Ford were in the "downline" of my Herbalife organization. They were "second downline" to me, meaning that they had been recruited by one of the distributors that I had myself recruited. They were also themselves President's Team members.

5       4.    In Fall 2006, my wife and I received a call from Robert and Julia Ford, indicating that they had left Herbalife to join an organization called Melaleuca. During this call, Robert Ford read us what he indicated was his resignation letter to Herbalife, and then tried to convince my wife and I to leave Herbalife and join Melaleuca.

6       5.    My wife and I were taken aback by the news that the Fords had left Herbalife and joined Melaleuca, because we had worked closely together and trusted them over the years. We also reacted very sharply to the suggestion that we might leave Herbalife, because we have had a very long and successful relationship with Herbalife, and believe very strongly in Herbalife's products. We told Mr. and Mrs. Ford that we had absolutely no intention of leaving Herbalife, and had no interest whatsoever in their proposal to join Melaleuca.

7       6.    During that conversation, Mr. Ford advised us that if we did not agree to join Melaleuca, then he would contact the leadership of our organization and try to recruit them away to Melaleuca. He told us that he had contact information for many of the leaders of our organization, which would allow him to contact our

1

1  organization to try to recruit them away. Notwithstanding this threat, we told Mr.
2  Ford that we would not leave Herbalife, and that we were very disappointed with
3  his decision to do so.
4        7.   During that conversation we told Mr. Ford he had no right to call our
5  distributors outside of his line. He told us that it was his moral responsibility to call
6  them. We told him that this is our business that we built and he has no right to call
7  them and read his letter and attempt to convince them to leave Herbalife. Mr. Ford
8  said he will not call our people if we will consider joining his company. We told
9  him we were not interested. He said just get the kit, take a look and he would not
10 call our people for a period of time (I think it was 30 days) and if we decided not to
11 move forward we could send the kit back. At this point we knew he was not coming
12 back to Herbalife and he would call the leaders in our team outside of his own team,
13 so we said we would take a look if he agreed not to talk to our people for the agreed
14 upon time frame. This decision to take a look was made to buy us time. He mailed
15 us a kit, it was received and sent back and I told him I was not interested because I
16 believe in Herbalife. This gave us the time to call our organization before they
17 were contacted by Mr. Ford.
18       8.   Our decision to remain with Herbalife and not join Melaleuca was an
19 easy one for us, because we had had (and continue to have) such a positive and
20 successful relationship with Herbalife. I understand that Mr. and Mrs. Ford have
21 taken the position in their litigation with Herbalife that my wife and I might have
22 left Herbalife to join Melaleuca if not for some wrongful action taken by Herbalife
23 to discourage us from leaving. This simply is not true. We never decided to leave
24 Herbalife for Melaleuca, because we believe in Herbalife products and have been
25 successful with our Herbalife distributorship. No one at Herbalife tried to
26 discourage us or threaten us in anyway regarding this matter, on the contrary they
27 were very supportive.
28

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this declaration was
3  executed on May 3rd, 2009, at Austin, Texas.

4
5  _____
6  Richard Palmer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28