CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
HERBALIFE INTERNATIONAL OF AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>　　　　　　　Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF POTATO RICHARDSON IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　June 1, 2009<br>Time:　　　9:30 a.m.<br>Courtroom: 740-Roybal |

1     I, Potato Richardson, declare as follows:

2     1.     I am a distributor of Herbalife International of America, Inc. ("Herbalife") products. I am a member of the Herbalife "President's Team." The facts set forth below are within my personal knowledge and, if sworn as a witness, I could and would testify competently hereto.

3     2.     Prior to approximately the Fall of 2006, Robert and Julia Ford were also Herbalife President's Team members. The Fords and I were each "downline" to President's Team member Rich Palmer (we were "sideline" to one another). I had known the Fords for quite some time.

4     3.     In approximately the Fall of 2006, I received a telephone call from Robert Ford, asking me for contact information on a number of individual Herbalife distributors. Believing that he had requested the information in furtherance of his Herbalife business, I thought nothing of the request, and gave Mr. Ford the contact information he requested.

5     4.     Perhaps a few weeks after receiving the telephone call from Mr. Ford described above, I received a telephone call from Robert Ford advising me that he and his wife had terminated their distributorship with Herbalife, and were leaving to join a company called Melaleuca. In that call he tried to convince me to join Melaleuca. I rejected Mr. Ford's proposal completely, and scolded him for even trying. I believe strongly in Herbalife's products, have had a wonderful experience with Herbalife, and have been very successful with my distributorship. For those reasons Mr. Ford's proposal did not interest me in the slightest.

6     5.     I understand that the Fords have taken the position that I might have agreed to Mr. Ford's offer to join Melaleuca if not for some actions Herbalife purportedly had taken to discourage me. This is a complete fabrication. Herbalife did not take steps to discourage me from joining Melaleuca. As explained above, I rejected Mr. Ford's offer immediately upon hearing it, and told him in no uncertain terms that I had no interest whatsoever.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this declaration was
3  executed on May 4, 2009, at Cook, California. 95614

*(signature)*
Potato Richardson

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28