CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:   213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**PUBLIC DECLARATION OF SEAN P. GATES IN SUPPORT OF MOTION BY HERBALIFE INTERNATIONAL OF AMERICA, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:         June 1, 2009<br>Time:        9:30 a.m.<br>Courtroom: 740-Roybal |

la-1027475

I, SEAN P. GATES, declare as follows:

1. I am an attorney licensed to practice in California and am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Herbalife International of America, Inc. ("Herbalife") in this matter. I am familiar with the facts set forth herein, and if sworn as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the Declaration of Jacqueline A. Miller in Support of Herbalife's Motion for Preliminary Injunction.

3. Attached as Exhibit B to this Declaration is a true and correct copy of Exhibit 4 (Herbalife's Rule of Conduct and Distributor Policies), which was marked at the deposition of Jacqueline Miller taken in this case. The relevant pages of Ms. Miller's deposition testimony are included in Exhibit Y.

4. Attached as Exhibit C to this Declaration is a true and correct copy of the Declaration of Jacqueline A. Miller in Further Support of Herbalife's Motion for Preliminary Injunction.

5. Attached as Exhibit D to this Declaration is a true and correct copy of Plaintiff's Answer to Amended Counterclaim.

6. Attached as Exhibit E to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Jeff Orr taken in this case.

7. Attached as Exhibit F to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Kathy Orr taken in this case.

8. Attached as Exhibit G to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Nancy Roth taken in this case.

la-1027475

1    9. Attached as Exhibit H to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Bruce Roth taken in this case.

10. Attached as Exhibit I is a true and correct excerpt of Jeff and Kathy Orr's Responses to Plaintiff's Second Set of Interrogatories No. 6.

11. Attached as Exhibit J to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Robert Ford taken in this case.

12. Attached as Exhibit K to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Dianna Thompson taken in this case.

13. Attached as Exhibit L to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Jason Fisher taken in this case.

14. Attached as Exhibit M to this Declaration is a true and correct copy of the Declaration of David Schmaman in Further Support of Herbalife's Motion for Preliminary Injunction.

15. Attached as Exhibit N to this Declaration is a true and correct copy of the Declaration of Lilith Nix in Support of Herbalife's Motion for Preliminary Injunction.

16. Attached as Exhibit O to this Declaration is a true and correct copy of the Declaration of Elizabeth Klucken in Support of Herbalife's Motion for Preliminary Injunction.

17. Attached as Exhibit P to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of David H. Schmaman taken in this case.

1          18.     Attached as Exhibit Q to this Declaration is a true and correct copy of
2   the Declaration of Caryle Justesen in Support of Herbalife's Motion for Preliminary
3   Injunction.
4          19.     Attached as Exhibit R to this Declaration is a true and correct copy of
5   relevant pages of the transcript of the deposition of defendant Julia Ford taken in
6   this case.
7          20.     Attached as Exhibit S to this Declaration is a true and correct copy of
8   relevant pages of the transcript of the deposition of Stephan Gratziani taken in this
9   case.
10         21.     Attached as Exhibit T to this Declaration is a true and correct copy of
11  relevant pages of the transcript of the deposition of Michael Johnson taken in this
12  case.
13         22.     Attached as Exhibit U to this Declaration is a true and correct copy of
14  relevant pages of the transcript of the deposition of Lilith Nix taken in this case.
15         23.     Attached as Exhibit V to this Declaration is a true and correct copy of
16  the Declaration of Kairrie McClain in Support of Herbalife's Motion for
17  Preliminary Injunction.
18         24.     Attached as Exhibit W to this Declaration is a true and correct copy of
19  relevant pages of the transcript of the deposition of Paul Greenberg taken in this
20  case.
21         25.     Attached as Exhibit X to this Declaration is a true and correct copy of
22  the Declaration of Dean Mandryk in Further Support of Herbalife's Motion for
23  Preliminary Injunction.
24         26.     Attached as Exhibit Y to this Declaration is a true and correct copy of
25  relevant pages of the transcript of the deposition of Jacqueline Miller taken in this
26  case.
27         27.     Attached as Exhibit Z is a true and correct excerpt of Defendant's
28  Responses to Plaintiff's Second Set of Special Interrogatories No. 17.

1  28. Attached as Exhibit Exhibit AA is a true and correct excerpt of Melaleuca's Statement of Policies & Definitions of Terms, which can be accessed at http://www.melaleuca.com/ps/bc/pdf_us/businesskit/policies.pdf. The first page of the exhibit is a screen print showing the website address.

29. Attached as Exhibit BB is a true and correct excerpt of Defendant's Responses to Plaintiff's Second Set of Special Interrogatories No. 5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 4, 2009, at Los Angeles, California.

                                                           /s/ Sean P. Gates
                                                           Sean P. Gates