CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:   213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**CORRECTED EXHIBIT S TO THE PUBLIC DECLARATION OF SEAN P. GATES IN SUPPORT OF MOTION BY HERBALIFE INTERNATIONAL OF AMERICA, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 1, 2009<br>Time: 9:30 a.m.<br>Courtroom: 740-Roybal |

la-1027821

1
2   During the e-filing of the Public Declaration Of Sean P. Gates In Support Of
3   Motion By Herbalife Inter-National Of America, Inc. For Summary Judgment Or,
4   In The Alternative, Partial Summary Judgment ("Declaration"), an incorrect
5   document was attached as Exhibit S to that Declaration.
6       Attached hereto is the corrected Exhibit S for the Declaration.

Dated:   May 5, 2009        MORRISON & FOERSTER LLP

                            /s/ Sean P. Gates
                            Charles E. Patterson
                            Nancy R. Thomas
                            Sean P. Gates

                            Attorneys for Plaintiff and
                            Counterclaim Defendant
                            HERBALIFE INTERNATIONAL
                            OF AMERICA, INC.

1

la-1027821