CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF TERRY ADAMS IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: June 1, 2009<br>Time: 9:30 a.m.<br>Courtroom: 740-Roybal |

I, Terry Adams, declare as follows:

1. I am employed by Herbalife International of America, Inc. ("Herbalife"). I make this Declaration in support of Herbalife's Opposition to Defendants' Motion for Partial Summary Judgment. I am familiar with the facts set forth herein and, if sworn as a witness, I could and would testify competently hereto.

2. I have been employed by Herbalife for 18 years. Currently, I am Senior Director of Enterprise Reporting, part of the Information Technology Group at Herbalife. I supervise and oversee the groups that generate all Herbalife electronic reports, including lineage reports. In my job, I have gained personal knowledge of Herbalife's computer system and the web site operated and maintained by Herbalife at www.myHerbalife.com.

3. The website www.myHerbalife.com contains confidential sales and lineage information, including Indented Lineage Reports, Royalty Override Statements, and Production Bonus Statements for Herbalife distributors.

4. Herbalife distributors can access the web site by inputting their distributor information number and a PIN number.

5. In order to access the confidential sales and lineage information on www.myHerbalife.com, distributors must annually "click through" Herbalife's Confidentiality and Non-Disclosure Agreement ("CNDA"), indicating that he or she agrees to abide by its terms.

6. Herbalife maintains records of when each distributor agrees to abide by the CNDA. This information is generated by Herbalife's computer system, which records the information at or around the time when the distributor "clicks through" the CNDA. It is Herbalife's practice to record and maintain this information in the regular course of business.

7. I am familiar with and have access to the records that show when a distributor has "clicked through" and consented to the CNDA. People that report to me and I can and have searched these records on many occasions as part of my job.

8. Herbalife's electronic records are updated to reflect a distributor's consent to the CNDA on an annual basis. These records are updated and maintained in Herbalife's regular course of business.

9. I reviewed these electronic records and determined that Robert Ford, Distributor ID No. 10411549, agreed to be bound by the terms of the CNDA as recently as January 3, 2006; Nancy Roth, Distributor ID No. 10837543, agreed to be bound by the terms of the CNDA as recently as January 10, 2007; and Kathy Orr, Distributor ID No. 10153286, agreed to be bound by the terms of the CNDA as recently as February 28, 2006. Based on these records, I was able to determine that these Defendants and their spouses consented to the CNDA and therefore agreed to maintain the confidentiality of Herbalife's lineage information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 14, 2009, at Los Angeles, California.

Terry Adams
Herbalife International of America, Inc.