CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:  213.892.5200
Facsimile:   213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**PUBLIC DECLARATION OF SEAN P. GATES IN SUPPORT OF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S OPPOSITION TO DEFENDANTS' AND COUNTERCLAIMANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:        June 1, 2009<br>Time:        9:30 a.m.<br>Courtroom: 740-Roybal |

la-1027547

I, SEAN P. GATES, declare as follows:

1.      I am an attorney licensed to practice in California and am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Herbalife International of America, Inc. ("Herbalife") in this matter.  I am familiar with the facts set forth herein, and if sworn as a witness, I could and would testify competently thereto.

2.      Attached as Exhibit A to this Declaration is a true and correct copy of an Herbalife document entitled "Live The Good Life With Herbalife," which was introduced as Exhibit 5 in the deposition of Jacqueline Miller taken in this case.

3.      Attached as Exhibit B to this Declaration is a true and correct copy of Herbalife's "Sales & Marketing Plan and Business Rules," which was introduced as Exhibit 30 in the deposition of Paul Greenberg taken in this case.

4.      Attached as Exhibit C to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Michael McKee taken in this case.

5.      Attached as Exhibit D to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Nancy Roth taken in this case.

6.      Attached as Exhibit E to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Lilith Nix taken in this case.

7.      Attached as Exhibit F to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Jeff Orr taken in this case.

8.      Attached as Exhibit G to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Kathy Orr taken in this case.

1

9.      Attached as Exhibit H to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Michael Johnson taken in this case.

10.      Attached as Exhibit I to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Julia Ford taken in this case.

11.      Attached as Exhibit J to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Jason Fisher taken in this case.

12.      Attached as Exhibit K to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Robert Ford taken in this case.

13.      Attached as Exhibit L to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of David Schmaman taken in this case.

14.      Attached as Exhibit M to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Stephan Gratziani taken in this case.

15.      Attached as Exhibit N to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of defendant Dianna Thompson taken in this case.

16.      Attached as Exhibit O to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Jacqueline Miller taken in this case.

17.      Attached as Exhibit P to this Declaration are true and correct copies of defendants' signed Distributorship Agreements with Herbalife, produced by Herbalife in this case as HL000001, HL000003, HL000005, HL000007, HL000008, HL000009, HL000012, and introduced as Exhibit 2 at the deposition of

2

1  Jacqueline Miller and Exhibits 15 and 16 were introduced at the Jeff Orr deposition
2  taken in this case.

3      18.    Attached as Exhibit Q to this Declaration is a true and correct copy of
4  relevant pages of the transcript of the deposition of defendant Bruce Roth taken in
5  this case.

6      19.    Attached as Exhibit R to this Declaration is a true and correct copy of
7  relevant pages of the transcript of the deposition of Paul Greenberg taken in this
8  case.

9      20.    Attached as Exhibit S to this Declaration is a true and correct copy of
10  relevant pages of the transcript of the deposition of Elizabeth Klucken taken in this
11  case.

12      21.    Attached as Exhibit T to this Declaration is a true and correct copy of a
13  termination letter sent by Herbalife to defendant Dianna Thompson on 2/23/07 for
14  violations of Herbalife's rules and policies, and produced by Herbalife in this case
15  as HL000611.

16      22.    Attached as Exhibit U to this Declaration is a true and correct copy of
17  the Declaration of Jacqueline A. Miller in Support of Herbalife's Motion for
18  Preliminary Injunction.

19      23.    Attached as Exhibit V to this Declaration is a true and correct copy of
20  the Declaration of Jacqueline A. Miller in Further Support of Herbalife's Motion
21  for Preliminary Injunction.

22      24.    Attached as Exhibit W to this Declaration is a true and correct copy of
23  the relevant portions of Herbalife's Responses to Defendant and Counterclaimant
24  Robert E. Ford's First Set of Interrogatories (Nos. 1-18).

25      25.    Attached as Exhibit X to this Declaration is a true and correct copy of
26  a recruiting script used by defendants Jason Fisher and Robert Ford in their efforts
27  to solicit distributors to Melaleuca, and produced by defendant Robert Ford in this
28  case as FORD0010701-6.

3

26.     Attached as Exhibit Y to this Declaration is a true and correct copy of the transcription of an Herbalife video entitled "Why Herbalife, Why Now," which was produced by defendants in this case as D08331.

27.     Attached as Exhibit Z to this Declaration is a true and correct copy of a letter sent by Melaleuca to the Federal Trade Commission on 7/17/06 regarding the Commission's proposed rulemaking entitled "Business Opportunity Rule, R511993."

28.     Attached as Exhibit AA to this Declaration are true and correct copies of Geri Cvitanovich's Royalty Override Statements, produced by defendants in this case as D00703-760.

29.     Attached as Exhibit BB to this Declaration is a true and correct copy of the Declaration of David Schmaman In Support of Herbalife's Motion for Preliminary Injunction.

30.     Attached as Exhibit CC to this Declaration is a true and correct copy of the Declaration of Richard Palmer In Support of Plaintiff Herbalife International of America, Inc's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment.

31.     Attached as Exhibit DD to this Declaration is a true and correct copy of the Declaration of Lilith Nix In Support of Motion for Preliminary Injunction.

32.     Attached as Exhibit EE to this Declaration is a true and correct copy of the Declaration of Paul Greenberg In Support of Plaintiff Herbalife International of America, Inc's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment.

33.     Attached as Exhibit FF to this Declaration is a true and correct copy of the Declaration of Elizabeth Klucken In Support of Herbalife's Motion for Preliminary Injunction.

34.     Attached as Exhibit GG to this Declaration is a true and correct copy of an e-mail from George Robinson of Herbalife to, among others, Paul Greenberg

4

of Herbalife, regarding defendants' solicitation of Herbalife Distributor David Schmaman, produced by Herbalife in this case as HL000056.

35.     Attached as Exhibit HH to this Declaration is a true and correct copy of the Declaration of Potato Richardson In Support of Plaintiff Herbalife International of America, Inc's Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment.

36.     Attached as Exhibit II to this Declaration is a true and correct copy of the Declaration of Caryle Justesen In Support of Motion for Preliminary Injunction.

37.     Attached as Exhibit JJ to this Declaration is a true and correct copy of the relevant portions of Herbalife's Responses to Defendant and Counterclaimant Jeff Orr's First Set of Requests for Production.

38.     Attached as Exhibit KK to this Declaration is a true and correct copy of the relevant portions of Herbalife's Responses to Defendant and Counterclaimant Dianna N. Thompson's First Set of Interrogatories (Nos. 1-11).

39.     Attached as Exhibit LL to this Declaration is a true and correct copy of Earnings Certification Royalty Override/Production Bonus 10 Customer/70% Rule Documentation Forms submitted by defendants to Herbalife during the course of their respective distributorships, and produced by Herbalife in this case as HL008663-736.

40.     Attached as Exhibit MM to this Declaration is a true and correct copy of letter sent by the California Attorney General to Herbalife on 10/7/86, finding that Herbalife does not reward recruitment rather than retail sales, and produced by Herbalife in this case as HL035588-92.

41.     Attached as Exhibit NN to this Declaration is a true and correct copy of an article entitled "Direct Sales (like Avon, Mary Kay) offer recession-proof jobs," that can be found at the following URL:  http://www.usatoday.com/money/industries/retail/2009-05-13-direct-sales-jobs-recession-unemployment_N.htm.

5

la-1027547

42.     Attached as Exhibit OO to this Declaration is a true and correct copy of an article entitled "Recession-Proof: Private Campgrounds," that can be found at the following URL: http://www.businessweek.com/print/smallbiz/content/may2009/sb20090512_499502.htm

43.     Attached as Exhibit PP to this Declaration is a true and correct copy of Herbalife's Annual Report 2006, introduced as Exhibit 27 in the deposition of Paul Greenberg taken in this case.

44.     Attached as Exhibit QQ to this Declaration is a true and correct copy of an email from defendant Robert Ford to defendants Bruce and Nancy Roth providing a link to download enrollment forms, produced by defendants in this case as D01293 and introduced as Exhibit 43 in the deposition of Nancy Roth taken in this case.

45.     Attached as Exhibit RR to this Declaration is a true and correct copy of email exchanges between defendants Nancy Roth and Jason Fisher that discuss software for the transfer of lineage reports, produced by defendants in this case as D01279 and introduced as Exhibit 47 in the deposition of Nancy Roth taken in this case.

46.     Attached as Exhibit SS to this Declaration is a true and correct copy of an email from defendant Nancy Roth to Bob Bogard of Herbalife requesting historical lineage reports dating back to 1995, produced by Herbalife in this case as HL000101 and introduced as Exhibit 49 in the deposition of Nancy Roth taken in this case.

47.     Attached as Exhibit TT to this Declaration is a true and correct copy of an email exchange between defendants Robert Ford and Nancy Roth discussing historical lineage reports, produced by defendants in this case as D01280 and introduced as Exhibit 48 in the deposition of Nancy Roth taken in this case.

48.     In response to defendant Jeff Orr's First Set of Requests for Production, Herbalife produced defendants' Commission Statements, Royalty

1   Override Statements, Production Bonus Statements and similar Confidential

2   information containing Herbalife Trade Secrets, including but not limited to

3   HL001243-HL001350; HL017776-HL025301; HL034860-HL035021; and

4   HL035791-HL035952.

5

6        I declare under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct, and that this declaration was

8   executed on May 18, 2009, at Los Angeles, California.

9

10                                      /s/ Sean P. Gates

11                                     Sean P. Gates

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

la-1027547