1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
3  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street
5  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Plaintiff
   HERBALIFE INTERNATIONAL OF AMERICA,
8  INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF SANDY GIOIOSA IN SUPPORT OF PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:      June 1, 2009<br>Time:      9:30 a.m.<br>Courtroom: 740-Roybal |

la-1029986

I, Sandy Gioiosa, declare as follows:

1. My husband and I have been distributors of Herbalife International of America, Inc. ("Herbalife") products for a number of years. I am familiar with the facts set forth herein and, if sworn as a witness, I could and would testify competently hereto.

2. My husband and I are members of Herbalife's "President's Team" which represents one of the highest levels of achievement in Herbalife. We have devoted a substantial portion of our lives to selling Herbalife products and developing an organization ("downline") to sell those products.

3. I knew Robert Ford when he was with Herbalife. He was also a member of the President's Team.

4. In the fall of 2006 I received a phone call from Robert Ford. He asked me to supply him with the telephone numbers for the people in my downline because he said he had photographs which he wished to send them.

5. At the time I was concerned by the request and told him only that I would tell my downline that he had photographs and give them his telephone number.

6. Soon after this telephone call I received information that indicated that Robert Ford had left Herbalife prior to the time that he made this telephone call to me. He did not disclose that he had left Herbalife in his telephone call.

7. When I found out about these facts I sent an email to Mr. Ford telling him that I believed he was being deceptive and showed no integrity by contacting me without telling me that he gone to another company.

8. I understand that Mr. Ford contends that I might have left Herbalife to join Melaleuca but was deterred by some wrongful action on the part of Herbalife or my fear that Herbalife would enforce Rule 8(a) against me if I left and tried to solicit other distributors. That would be absolutely false. The last thing my

la-1029986                                1

1 | husband and I would ever do is leave Herbalife where we have developed a first
2 | rate sales organization and have provided our family with a comfortable income.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 21, 2009, at Ormond Beach, Florida.

*Sandy Gioiosa*
Sandy Gioiosa

la-1029986

2