1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  NANCY R. THOMAS (CA SBN 236185)
   NThomas@mofo.com
3  SEAN P. GATES (CA SBN 186247)
   SGates@mofo.com
4  MORRISON & FOERSTER LLP
   555 West Fifth Street
5  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
6  Facsimile: 213.892.5454

7  Attorneys for Plaintiff
   HERBALIFE INTERNATIONAL OF AMERICA,
8  INC.

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13

14 Herbalife International of America, Inc.,    Case No. CV 07 2529 GAF (FMOx)
   a Nevada Corporation,
15                                             Hon. Gary A. Feess
                 Plaintiff,
16                                             **DECLARATION OF TREY
17      v.                                     HERRON IN SUPPORT OF
                                               PLAINTIFF HERBALIFE
18 Robert E. Ford and Julia A. Ford,           INTERNATIONAL OF
   husband and wife; Bruce H. Roth and         AMERICA, INC.'S MOTION
19 Nancy A. Roth, husband and wife; Jeff       FOR SUMMARY JUDGMENT
   Orr and Kathy Orr, husband and wife;        OR, IN THE ALTERNATIVE,
20 Dianna N. Thompson; and Jason Fisher,       PARTIAL SUMMARY
                                               JUDGMENT**
21               Defendants.
                                               Date:      June 1, 2009
22                                             Time:      9:30 a.m.
                                               Courtroom: 740-Roybal
23

24

25

26

27

28

la-1029979

1    I, Trey Herron, declare as follows:

2    1.    My wife and I are distributors for the products of Herbalife

3    International of America, Inc. ("Herbalife").  I am familiar with the facts set forth

4    herein and, if sworn as a witness, I could and would testify competently hereto.

5    2.    I am a member of the Herbalife "President's Team" which represents

6    one of the highest levels of achievement in Herbalife.  My wife Mamie and I have,

7    over a number of years, worked very hard to develop an effective Herbalife

8    organization and to sell Herbalife products.

9    3.    My mother and father were also distributors for Herbalife and had

10   developed an extensive Herbalife organization in the Long Island, New York area.

11   I knew Robert Ford when he was with Herbalife and I knew Jason Fisher who was

12   a member of my parents' organization ("downline") before he left Herbalife.

13   4.    In late 2006 or early 2007 I received a voicemail from Robert Ford.

14   After describing what he called the "Melaleuca opportunity" Ford said "Trey, if

15   your father saw this business method he'd love it."  I found the phone call, and

16   particularly the reference to my father who had just recently passed away, to be

17   very offensive and presumptuous.

18   5.    I left a voicemail with Robert Ford telling him that my wife and I

19   would never leave Herbalife.  That we had been satisfied with the business we had

20   developed in Herbalife and would not want to go anywhere else.

21   6.    I would also note that Jason Fisher, after he left Herbalife, began

22   soliciting members in my mother's downline in the Long Island area and has

23   caused damage to her Herbalife business which she had carried on after my father's

24   death.

25   7.    I understand that Mr. Ford contends that I might have left Herbalife to

26   join Melaleuca if not for some wrongful action taken by Herbalife to discourage us

27   from leaving or because I was afraid of some action that Herbalife might take

28   against me.  That is absolutely not true.

1

1    I declare under penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that this declaration was

3    executed on May 22, 2009, at Ridgeland, Mississippi.

4

5                                        Trey Herron

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

la-1029979

2