CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California  90013-1024
Telephone:   213.892.5200
Facsimile:    213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>        Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**DECLARATION OF SEAN P. GATES IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY HERBALIFE INTERNATIONAL OF AMERICA, INC. FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:         June 1, 2009<br>Time:         9:30 a.m.<br>Courtroom: 740-Roybal |

la-1030091

1    I, SEAN P. GATES, declare as follows:

2    1.    I am an attorney licensed to practice in California and am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Plaintiff Herbalife International of America, Inc. ("Herbalife") in this matter. I am familiar with the facts set forth herein, and if sworn as a witness, I could and would testify competently thereto.

2.    Attached as Exhibit A to this Declaration is a true and correct copy of relevant pages of the transcript of the deposition of Paul Greenberg taken in this case.

3.    Attached as Exhibit B to this Declaration is a true and correct copy of the relevant pages of the transcript of the deposition of Jacqueline Miller taken in this case.

4.    Attached as Exhibit C to this Declaration is a true and correct copy of the relevant pages of the transcript of the deposition of Michael Johnson taken in this case.

5.    Attached as Exhibit D to this Declaration is a true and correct copy of the relevant pages of the transcript of the deposition of Mike McKee taken in this case.

6.    Attached as Exhibit E to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Nancy Roth taken in this case.

7.    Attached as Exhibit F to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Julia Ford taken in this case.

8.    Attached as Exhibit G to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Robert Ford taken in this case.

la-1030091

1   9.   Attached as Exhibit H to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Jason Fisher taken in this case.

2   10.   Attached as Exhibit I to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Lilith Nix taken in this case.

3   11.   Attached as Exhibit J to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of Stephan Gratziani taken in this case.

4   12.   Attached as Exhibit K to this Declaration is a true and correct copy of the relevant pages of the transcript of the Deposition of David H. Schmaman taken in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 22, 2009, at Los Angeles, California.

                                              /s/ Sean P. Gates
                                              Sean P. Gates

2

la-1030091