STEPHENS FRIEDLAND LLP
John B. Stephens, Bar No. 142718
4695 MacArthur Court, Suite 310
Newport Beach, CA 92660
Telephone: (949) 468-3200 / Facsimile (949) 468-3201
Email: john@sf-lawyers.com

Attorney for Defendants and Counterclaimants
ROBERT E. FORD, JULIA A. FORD,
BRUCE H. ROTH, NANCY A. ROTH,
DIANNA N. THOMPSON and JASON FISHER

MIXON JOLLY LLP
Cameron M. Jolly, Bar No. 132541
575 Anton Boulevard, Suite 670
Costa Mesa, CA 92626
Telephone: (714) 885-7000 / Facsimile (714) 885-7001
Email: CJolly@mixonjollylaw.com

Attorney for Defendants and Counterclaimants
JEFF ORR and KATHY ORR

## IN THE UNITED STATE DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>ROBERT E. FORD and JULIA A. FORD, ET. AL.,<br><br>             Defendants.<br><br>———————————————<br><br>AND RELATED CROSS-CLAIM. | CASE NO.: CV 072529 GF (FMOx)<br><br>**DEFENDANTS' AND COUNTERCLAIMANTS' PROPOSED SPECIAL VERDICT FORM** |

# CLAIMS BY HERBALIFE.

## Section A:  Breach of Contract Re Distributor Agreement

**Question No. 1**:  Did Herbalife enter into a written Distributorship Agreement with any of the following Defendants?

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |
| Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 1 is yes as to any Defendant, then answer Question 2. If you answered Question 1 no for all Defendants, then answer no further Questions in this section, and proceed to Section B.

**Question No. 2**:  Was the Distributorship Agreement illegal because it restrained lawful competition or was in furtherance of an illegal pyramid scheme?

Yes_____ No_____

If your answer to Question 2 is no, then answer Question 3.  If you answered yes to Question 2, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 3:  Was the Distributorship Agreement unconscionable?**

               Yes_____ No_____

    If your answer to Question 3 is no, then answer Question 4.  If you answered yes to Question 3, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 4:  Was the Defendants' consent to the Distributor Agreement obtained by fraud?**

               Yes_____ No_____

    If your answer to Question 4 is no, then answer Question 5.  If you answered yes to Question 4, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 5:  Did Herbalife do substantially all of the significant things that it was required to do under the Distributor Agreement as to each Defendant?**

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |
| Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 5 is yes as to all Defendants, then answer Question 6. If you answered no to Question 5 as to some or all Defendants, then answer Question 6.

**Question No. 6:  Was Herbalife excused from having to do substantially all of the significant things that the Distributor Agreement required it to do as to each Defendant?**

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |
| Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 5 or 6 is yes as to any Defendant, then answer Question 7.  If you answered no to Questions 5 and 6 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 7:  Did any Defendant fail to do something that the Distributor Agreement required him or her to do?**

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |

Kathy Orr          Yes____  No____

Dianna Thompson Yes____  No____

Jason Fisher       Yes____  No____


If your answer to Question 7 is yes as to any Defendant, then answer Question 8 as to that Defendant(s) only.  If you answered no to Question 7 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 8**:  **As to each Defendant, was Herbalife harmed by that failure?**

Robert Ford        Yes____  No____

Julia Ford         Yes____  No____

Bruce Roth         Yes____  No____

Nancy Roth         Yes____  No____

Jeff Orr           Yes____  No____

Kathy Orr          Yes____  No____

Dianna Thompson Yes____  No____

Jason Fisher       Yes____  No____


If your answer to Question 8 is yes as to any Defendant, then answer Question 9. If you answered no to Question 8 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section B.

**Question No. 9**:  **What are Herbalife's damages caused by Defendants' failure to do what was required by the Distributor Agreement?**

Past economic loss           $_____

Future economic loss         $_____

Total damages                    $_____

If your answer to Question 9 is $0.00, then stop here, answer no further Questions in this section, and proceed to Section B.  Otherwise, answer Question 10.

**Question No. 10:  By what amount should the amount stated as total damages in response to Question 9 be reduced because Herbalife could have avoided the damages through reasonable efforts or expenditures?**

$_____

Please answer Question 11.

**Question No. 11:  Please subtract the amount stated in response to Question 10 from total amount of damages stated in response to Question 9.**

$_____

Please answer Question 12.

**Question No. 12:  If you stated any amount of damages in response to Question 11 above, please identify the portion of the total amount that was caused by each Defendant:**

Robert Ford        $_____
Julia Ford         $_____
Bruce Roth         $_____
Nancy Roth         $_____

Jeff Orr               $_____
Kathy Orr              $_____
Dianna Thompson $_____
Jason Fisher           $_____


Please answer Question 13.


## Section B:  Breach of Contract Re Confidentiality/Non-Disclosure
### Agreement(s)


**Question No. 13:  Did Herbalife enter into a written Confidential/Non-Disclosure Agreement with any of the following Defendants?**

Robert Ford            Yes_____ No_____
Julia Ford             Yes_____ No_____
Bruce Roth             Yes_____ No_____
Nancy Roth             Yes_____ No_____
Jeff Orr               Yes_____ No_____
Kathy Orr              Yes_____ No_____
Dianna Thompson Yes_____ No_____
Jason Fisher           Yes_____ No_____


If your answer to Question 13 is yes as to any Defendant, then answer Question 14 as to that Defendant(s) only.  If you answered no to Question 13 for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 14:**  Was the Confidentiality/Non-disclosure Agreement illegal because it restrained lawful competition or was in furtherance of an illegal pyramid scheme?

    Yes_____ No_____

    If your answer to Question 14 is no, then answer Question 15.  If you answered yes to Question 14, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 15:**  Was the Confidentiality/Non-disclosure Agreement unconscionable?

    Yes_____ No_____

    If your answer to Question 15 is no, then answer Question 16.  If you answered yes to Question 15, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 16:**  Was the Defendants' consent to the Confidentiality/Non-disclosure Agreement obtained by fraud?

    Yes_____ No_____

    If your answer to Question 16 is no, then answer Question 17.  If you answered yes to Question 16, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 17:** **Did Herbalife do substantially all of the significant things that it was required to do under the Confidentiality/Non-disclosure Agreement as to each Defendant?**

| | | | |
|---|---|---|---|
| Robert Ford | Yes____ | No____ |
| Julia Ford | Yes____ | No____ |
| Bruce Roth | Yes____ | No____ |
| Nancy Roth | Yes____ | No____ |
| Jeff Orr | Yes____ | No____ |
| Kathy Orr | Yes____ | No____ |
| Dianna Thompson | Yes____ | No____ |
| Jason Fisher | Yes____ | No____ |

If your answer to Question 17 is yes as to all Defendants, then answer Question 18. If you answered no to Question 17 as to some or all of the Defendants, then answer Question 18.

**Question No. 18:** **Was Herbalife excused from having to do substantially all of the significant things that the Confidentiality/Non-disclosure Agreement required it to do with regard to each of the Defendants?**

| | | | |
|---|---|---|---|
| Robert Ford | Yes____ | No____ |
| Julia Ford | Yes____ | No____ |
| Bruce Roth | Yes____ | No____ |
| Nancy Roth | Yes____ | No____ |
| Jeff Orr | Yes____ | No____ |
| Kathy Orr | Yes____ | No____ |
| Dianna Thompson | Yes____ | No____ |

Jason Fisher          Yes_____ No_____

If your answer to Question 17 or 18 is yes as to any Defendant, then answer Question 19 as to those Defendants.  If you answered no to Questions 17 and 18 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 19:  Did any Defendant fail to do something that the Confidentiality/Non-disclosure Agreement required him or her to do with regard to each of the Defendants?**

Robert Ford          Yes_____ No_____
Julia Ford           Yes_____ No_____
Bruce Roth           Yes_____ No_____
Nancy Roth           Yes_____ No_____
Jeff Orr             Yes_____ No_____
Kathy Orr            Yes_____ No_____
Dianna Thompson Yes_____ No_____
Jason Fisher         Yes_____ No_____

If your answer to Question 19 is yes as to any Defendant, then answer Question 20 as to that Defendant(s) only.  If you answered no to Question 19 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 20:  As to each Defendant, was Herbalife harmed by that failure?**

Robert Ford          Yes_____ No_____
Julia Ford           Yes_____ No_____

- 9 -

| | | |
|---|---|---|
| Bruce Roth | Yes____ | No____ |
| Nancy Roth | Yes____ | No____ |
| Jeff Orr | Yes____ | No____ |
| Kathy Orr | Yes____ | No____ |
| Dianna Thompson | Yes____ | No____ |
| Jason Fisher | Yes____ | No____ |

If your answer to Question 20 is yes as to any Defendant, then answer Question 21. If you answered no to Question 20 as to all Defendants, then stop here, answer no further Questions in this section, and proceed to Section C.

**Question No. 21:  What are Herbalife's damages caused by failure to do what was required by the Confidentiality/Non-Disclosure Agreement?**

| | |
|---|---|
| Past economic loss | $_____ |
| Future economic loss | $_____ |
| Total damages | $_____ |

If your answer to Question 21 is $0.00, then stop here, answer no further Questions in this section, and proceed to Section C.  Otherwise, answer Question 22.

**Question No. 22:  By what amount should the amount stated as total damages in response to Question 21 be reduced because Herbalife could have avoided the damages through reasonable efforts or expenditures?**

$_____

Please answer Question 23.

**Question No. 23:** Please subtract the amount stated in response to question 22 from total amount of damages stated in response to Question 21.

$ _____

Please answer Question 24.

**Question No. 24:** If you stated any amount of damages in response to Question 23 above, please identify the portion of the total amount that was caused by each Defendant:

| | |
|---|---|
| Robert Ford | $ _____ |
| Julia Ford | $ _____ |
| Bruce Roth | $ _____ |
| Nancy Roth | $ _____ |
| Jeff Orr | $ _____ |
| Kathy Orr | $ _____ |
| Dianna Thompson | $ _____ |
| Jason Fisher | $ _____ |

Please answer Question 25.

**Section C:  Misappropriation of Trade Secrets**

**Question No. 25:** Did Herbalife prove that it owns any trade secrets as that term is defined in the jury instructions?

Yes_____ No _____

- 11 -

If your answer to Question 25 is yes, then answer Question 26.  If you answered no, stop here, answer no further Questions in this section, and proceed to Section D.

**Question No. 26:  Did any Defendant acquire Herbalife's trade secrets by improper means?**

|  |  |
|---|---|
| Robert Ford | Yes____ No____ |
| Julia Ford | Yes____ No____ |
| Bruce Roth | Yes____ No____ |
| Nancy Roth | Yes____ No____ |
| Jeff Orr | Yes____ No____ |
| Kathy Orr | Yes____ No____ |
| Dianna Thompson | Yes____ No____ |
| Jason Fisher | Yes____ No____ |

Please answer Question 27.

**Question No. 27:  Did any Defendant improperly use Herbalife's trade secrets?**

|  |  |
|---|---|
| Robert Ford | Yes____ No____ |
| Julia Ford | Yes____ No____ |
| Bruce Roth | Yes____ No____ |
| Nancy Roth | Yes____ No____ |
| Jeff Orr | Yes____ No____ |
| Kathy Orr | Yes____ No____ |
| Dianna Thompson | Yes____ No____ |
| Jason Fisher | Yes____ No____ |

If your answer to Questions 26 or 27 is yes as to any Defendant, then answer Question 28 as to that Defendant(s) only.  If your answer to Questions 26 and 27 is no as to all Defendants then stop here, answer no further Questions in this section, and proceed to Section D.

**Question No. 28:  Did Herbalife incur any damages caused by any wrongful acquisition or use of Herbalife's trade secrets by any Defendant?**

Robert Ford          Yes_____ No_____

Julia Ford            Yes_____ No_____

Bruce Roth            Yes_____ No_____

Nancy Roth            Yes_____ No_____

Jeff Orr              Yes_____ No_____

Kathy Orr             Yes_____ No_____

Dianna Thompson Yes_____ No_____

Jason Fisher          Yes_____ No_____

If your answer to Question 28 is yes as to any Defendant, then answer Question 29.  If your answer to Question 28 is no as to all Defendants then stop here, answer no further Questions in this section, and proceed to Section D.

**Question No. 29:  What are Herbalife's damages caused by the improper use or acquisition of Herbalife's trade secrets?**

Past economic loss              $_____

Future economic loss            $_____

Total damages                   $_____

If your answer to Question 29 is $0.00, then stop here, answer no further Questions in this section, and proceed to Section D.  Otherwise, answer Question 30.

**Question No. 30**:  **By what amount should the amount stated as total damages in response to Question 29 be reduced because Herbalife could have avoided the damages through reasonable efforts or expenditures?**

$ _____

Please answer Question 31.

**Question No. 31**:  **Please subtract the amount stated in response to question 30 from total amount of economic damages stated in response to Question 29.**

$ _____

Please answer Question 32.

**Question No. 32**:  **If you stated any amount of damages in response to Question 31 above, please identify the portion of the total amount that was caused by each Defendant:**

Robert Ford        $ _____
Julia Ford         $ _____
Bruce Roth         $ _____
Nancy Roth         $ _____
Jeff Orr           $ _____
Kathy Orr          $ _____

Dianna Thompson $_____

Jason Fisher        $_____

Please answer Question 33.

**Question No. 33**:  **Did any of the Defendants act willfully and maliciously in improperly using or acquiring Herbalife's trade secrets?**

Robert Ford          Yes_____ No_____

Julia Ford           Yes_____ No_____

Bruce Roth           Yes_____ No_____

Nancy Roth           Yes_____ No_____

Jeff Orr             Yes_____ No_____

Kathy Orr            Yes_____ No_____

Dianna Thompson Yes_____ No_____

Jason Fisher         Yes_____ No_____

Please answer Question No. 34.

**Section D:   Intentional Interference with Prospective Economic Advantage**

**Question No. 34**:  **Did Herbalife have an economic relationship with any third party that probably would have resulted in an economic benefit to Herbalife?**

Yes_____ No _____

If your answer to Question 34 is yes, then answer Question 35.  If you answered no, stop here, answer no further Questions in this section, and proceed to Section D.

- 15 -

**Question No. 35:  Did any Defendant know of the relationship?**

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |
| Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 35 is yes as to any Defendant, then answer Question 36 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section E.

**Question No. 36:  Did any Defendant intend to disrupt the relationships?**

| | | |
|---|---|---|
| Robert Ford | Yes_____ | No_____ |
| Julia Ford | Yes_____ | No_____ |
| Bruce Roth | Yes_____ | No_____ |
| Nancy Roth | Yes_____ | No_____ |
| Jeff Orr | Yes_____ | No_____ |
| Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 36 is yes as to any Defendant, then answer Question 37 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section E.

**Question No. 37**:  **Did any Defendant engage in wrongful conduct?**

| Robert Ford | Yes____ | No____ |
| Julia Ford | Yes____ | No____ |
| Bruce Roth | Yes____ | No____ |
| Nancy Roth | Yes____ | No____ |
| Jeff Orr | Yes____ | No____ |
| Kathy Orr | Yes____ | No____ |
| Dianna Thompson | Yes____ | No____ |
| Jason Fisher | Yes____ | No____ |

If your answer to Question 37 is yes as to any Defendant, then answer Question 38 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section E.

**Question No. 38**:  **Were Herbalife's relationships disrupted by any wrongful conduct by Defendants?**

| Robert Ford | Yes____ | No____ |
| Julia Ford | Yes____ | No____ |
| Bruce Roth | Yes____ | No____ |
| Nancy Roth | Yes____ | No____ |
| Jeff Orr | Yes____ | No____ |
| Kathy Orr | Yes____ | No____ |

Dianna Thompson Yes_____ No_____

Jason Fisher        Yes_____ No_____


If your answer to Question 38 is yes as to any Defendant, then answer Question 39 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section E.


**Question No. 39**:  **Was any Defendant's wrongful conduct a substantial factor in causing harm to Herbalife?**


Robert Ford          Yes_____ No_____

Julia Ford           Yes_____ No_____

Bruce Roth           Yes_____ No_____

Nancy Roth           Yes_____ No_____

Jeff Orr             Yes_____ No_____

Kathy Orr            Yes_____ No_____

Dianna Thompson Yes_____ No_____

Jason Fisher         Yes_____ No_____


If your answer to Question 39 is yes as to any Defendant, then answer Question 40.  If you answered no for all persons, then stop here, answer no further Questions in this section, and proceed to Section E.

- 18 -

**Question No. 40**:  What are Herbalife's damages caused by Defendants' wrongful conduct in interfering with Herbalife's prospective economic advantage?

Past economic loss           $_____

Future economic loss         $_____

Total damages                $_____


If your answer to Question 40 is $0.00, then stop here, answer no further Questions in this section, and proceed to Section E.  Otherwise, answer Question 41.

**Question No. 41**:  By what amount should the amount stated as total damages in response to Question 40 be reduced because Herbalife could have avoided the damages through reasonable efforts or expenditures?

$_____

Please answer Question 42.

**Question No. 42**:  Please subtract the amount stated in response to question 41 from the total amount of damages stated in response to Question 40.

$_____

Please answer Question 43.

**Question No. 43:  If you stated any amount of damages in response to Question 42
above, please identify the portion of the total amount that was caused by each
Defendant:**

       Robert Ford       $_____

       Julia Ford        $_____

       Bruce Roth       $_____

       Nancy Roth       $_____

       Jeff Orr         $_____

       Kathy Orr        $_____

       Dianna Thompson $_____

       Jason Fisher      $_____

       Please answer Question 44.

**Question No. 44:  Did Herbalife prove by clear and convincing evidence that any
Defendant acted with fraud, malice, or oppression by intentionally interfering with
Herbalife's prospective economic advantage?**

       Robert Ford       Yes_____ No_____

       Julia Ford        Yes_____ No_____

       Bruce Roth       Yes_____ No_____

       Nancy Roth       Yes_____ No_____

       Jeff Orr         Yes_____ No_____

       Kathy Orr        Yes_____ No_____

       Dianna Thompson Yes_____ No_____

       Jason Fisher      Yes_____ No_____

Please answer Question No. 45.

### Section E:   Intentional Interference with Contract

**Question No. 45: Was there a lawful contract between Herbalife and one or more third parties?**

                        Yes _____        No _____

      If your answer to Question 45 is yes, then answer Question 46. If you answered no, stop here, answer no further Questions in this section, and proceed to Section F.

**Question No. 46: Did any Defendant know of any of the contracts?**

| Robert Ford | Yes____ No____ |
| Julia Ford | Yes____ No____ |
| Bruce Roth | Yes____ No____ |
| Nancy Roth | Yes____ No____ |
| Jeff Orr | Yes____ No____ |
| Kathy Orr | Yes____ No____ |
| Dianna Thompson | Yes____ No____ |
| Jason Fisher | Yes____ No____ |

      If your answer to Question 46 is yes as to any Defendant, then answer Question 47 as to that Defendant(s) only.  If you answered no for all persons, then stop here, answer no further Questions in this section and proceed to Section F.

**Question No. 47**:  Were any Defendant's intentional acts designed to induce a breach of lawful terms in a legally binding contract?

|                   |      |     |
|-------------------|------|-----|
| Robert Ford       | Yes____ | No____ |
| Julia Ford        | Yes____ | No____ |
| Bruce Roth        | Yes____ | No____ |
| Nancy Roth        | Yes____ | No____ |
| Jeff Orr          | Yes____ | No____ |
| Kathy Orr         | Yes____ | No____ |
| Dianna Thompson   | Yes____ | No____ |
| Jason Fisher      | Yes____ | No____ |

If your answer to Question 47 is yes as to any Defendant, then answer Question 48 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section F.

**Question No. 48**:  Did the conduct of any Defendant cause any third party to breach lawful terms of his or her contract with Herbalife?

|                   |      |     |
|-------------------|------|-----|
| Robert Ford       | Yes____ | No____ |
| Julia Ford        | Yes____ | No____ |
| Bruce Roth        | Yes____ | No____ |
| Nancy Roth        | Yes____ | No____ |
| Jeff Orr          | Yes____ | No____ |
| Kathy Orr         | Yes____ | No____ |
| Dianna Thompson   | Yes____ | No____ |
| Jason Fisher      | Yes____ | No____ |

If your answer to Question 48 is yes as to any Defendant, then answer Question 49 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section F.

**Question No. 49:  Was the conduct of any Defendant in causing the breach of contract by a third party a substantial factor in causing harm to Herbalife?**

| | |
|---|---|
| Robert Ford | Yes____ No____ |
| Julia Ford | Yes____ No____ |
| Bruce Roth | Yes____ No____ |
| Nancy Roth | Yes____ No____ |
| Jeff Orr | Yes____ No____ |
| Kathy Orr | Yes____ No____ |
| Dianna Thompson | Yes____ No____ |
| Jason Fisher | Yes____ No____ |

If your answer to Question 49 is yes as to any Defendant, then answer Question 50 as to that Defendant(s) only.  If you answered no for all Defendants, then stop here, answer no further Questions in this section, and proceed to Section F.

**Question No. 50:  What are Herbalife's damages caused by the intentional interference with contractual relations?**

| | |
|---|---|
| Past economic loss | $_____ |
| Future economic loss | $_____ |
| Total damages | $_____ |

If your answer to Question 50 is $0.00, then stop here, answer no further
Questions in this section, and proceed to Section F.  Otherwise, answer Question 51.

**Question No. 51:  By what amount should the amount stated as total damages in
response to Question 50 be reduced because Herbalife could have avoided through
reasonable efforts or expenditures?**

$ _____

Please answer Question 52.

**Question No. 52:  Please subtract the amount stated in response to question 51 from
total amount of damages stated in response to Question 50.**

$ _____

Please answer Question 53.

**Question No. 53:  If you stated any amount of damages in response to Question 52
above, please identify the portion of the total amount that was caused by each
Defendant:**

| | |
|---|---|
| Robert Ford | $ _____ |
| Julia Ford | $ _____ |
| Bruce Roth | $ _____ |
| Nancy Roth | $ _____ |
| Jeff Orr | $ _____ |
| Kathy Orr | $ _____ |

Dianna Thompson $_____

Jason Fisher        $_____


Please answer Question 54.


**Question No. 54:  Did Herbalife prove by clear and convincing evidence that any Defendant acted with fraud, malice or oppression by intentionally interfering with Herbalife's contractual relations?**


Robert Ford         Yes____ No____

Julia Ford          Yes____ No____

Bruce Roth          Yes____ No____

Nancy Roth          Yes____ No____

Jeff Orr            Yes____ No____

Kathy Orr           Yes____ No____

Dianna Thompson Yes____ No____

Jason Fisher        Yes____ No____


Please answer Question No. 55.

# COUNTERCLAIMS BY ROBERT FORD, JULIA FORD, BRUCE ROTH, NANCY ROTH, JEFF ORR, KATHY ORR, DIANNA THOMPSON AND JASON FISHER.

### Section F:   Intentional Interference With Prospective Economic Relations

**Question No. 55:**  Did Counterclaimants have an economic relationship with any third party that probably would have resulted in an economic benefit to any of them?

| | | |
|---|---|---|
| Robert and Julia Ford | Yes_____ | No_____ |
| Bruce and Nancy Roth | Yes_____ | No_____ |
| Jeff and Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 55 is yes as to any Counterclaimant listed above, then answer Question 56 as to that Counterclaimant(s) only.  If you answered no as to all Counterclaimants listed, stop here, answer no further Questions in this section, and proceed to Section G.

**Question No. 56:**  Did Herbalife know of the relationship?

| | | |
|---|---|---|
| Robert and Julia Ford | Yes_____ | No_____ |
| Bruce and Nancy Roth | Yes_____ | No_____ |
| Jeff and Kathy Orr | Yes_____ | No_____ |
| Dianna Thompson | Yes_____ | No_____ |
| Jason Fisher | Yes_____ | No_____ |

If your answer to Question 56 is yes as to any Counterclaimant, then answer Question 57.  If you answered no for all Counterclaimants, then stop here, answer no further Questions in this section and proceed to Section G.

**Question No. 57**:  **Did Herbalife intend to disrupt the relationships?**

Yes _____   No _____

If your answer to Question 57 is yes, then answer Question 58.  If you answered no to Question 61, then stop here, answer no further Questions in this section and proceed to Section G.

**Question No. 58**:  **Did Herbalife engage in wrongful conduct?**

Yes _____   No _____

If your answer to Question 58 is yes, then answer Question 59.  If you answered no to Question 58, then stop here, answer no further Questions in this section, and proceed to Section G.

**Question No. 59**:  **Were Counterclaimants' economic relationships disrupted by the wrongful conduct of Herbalife?**

| | | |
|---|---|---|
| Robert and Julia Ford | Yes____ | No____ |
| Bruce and Nancy Roth | Yes____ | No____ |
| Jeff and Kathy Orr | Yes____ | No____ |
| Dianna Thompson | Yes____ | No____ |

1    Jason Fisher                     Yes_____ No_____

2

3        If your answer to Question 59 is yes as to any Counterclaimant, then answer

4    Question 60 as to that Counterclaimant(s) only.  If you answered no for all

5    Counterclaimants, then stop here, answer no further Questions in this section and

6    proceed to Section G.

7

8    **Question No. 60:  Was Herbalife's wrongful conduct a substantial factor in causing**

9    **harm to any Counterclaimants?**

10

11       Robert Ford        Yes_____ No_____

12       Julia Ford         Yes_____ No_____

13       Bruce Roth         Yes_____ No_____

14       Nancy Roth         Yes_____ No_____

15       Jeff Orr           Yes_____ No_____

16       Kathy Orr          Yes_____ No_____

17       Dianna Thompson Yes_____ No_____

18       Jason Fisher       Yes_____ No_____

19

20       If your answer to Question 60 is yes as to any Counterclaimant, then answer

21   Question 61 as to that Counterclaimant(s) only.  If you answered no for all

22   Counterclaimants, then stop here, answer no further Questions in this section, and

23   proceed to Section G.

24

25

26

27

28

**Question No. 61**:  What are Counterclaimants' damages caused by Herbalife's wrongful conduct in interfering with Counterclaimants' prospective economic advantage?


<u>Robert and Julie Ford</u>

| | |
|---|---|
| **Past economic loss** | $_____ |
| **Future economic loss** | $_____ |
| **Total damages** | $_____ |

<u>Bruce and Nancy Roth</u>

| | |
|---|---|
| **Past economic loss** | $_____ |
| **Future economic loss** | $_____ |
| **Total damages** | $_____ |

<u>Jeff and Kathy Orr</u>

| | |
|---|---|
| **Past economic loss** | $_____ |
| **Future economic loss** | $_____ |
| **Total damages** | $_____ |

<u>Jason Fisher</u>

| | |
|---|---|
| **Past economic loss** | $_____ |
| **Future economic loss** | $_____ |
| **Total damages** | $_____ |

<u>Dianna Thompson</u>

| | |
|---|---|
| **Past economic loss** | $_____ |
| **Future economic loss** | $_____ |
| **Total damages** | $_____ |


If your answer to Question 61 is $0.00 as to all Counterclaimants, then stop here, answer no further Questions in this section, and proceed to Section G.  Otherwise, answer Question 62.

**Question No. 62**:  By what amount should the amount stated as total economic damages in response to Question 61 be reduced because Counterclaimants could have avoided damages through reasonable efforts or expenditures?

| | |
|---|---|
| Robert and Julie Ford | $_____ |
| Bruce and Nancy Roth | $_____ |
| Jeff and Kathy Orr | $_____ |
| Jason Fisher | $_____ |
| Dianna Thompson | $_____ |

Please answer Question 63.

**Question No. 63**:  Please subtract the amount stated in response to question 62 from the total amount of damages stated in response to Question 61.

| | |
|---|---|
| Robert and Julie Ford | $_____ |
| Bruce and Nancy Roth | $_____ |
| Jeff and Kathy Orr | $_____ |
| Jason Fisher | $_____ |
| Dianna Thompson | $_____ |

Please answer Question 64.

**Question No. 64**:  Did Counterclaimants prove by clear and convincing evidence that Herbalife acted with fraud, malice, or oppression by intentionally interfering with Counterclaimants' prospective economic advantage?

| | |
|---|---|
| Robert and Julia Ford | Yes____ No____ |

Bruce and Nancy Roth          Yes_____ No_____

Jeff and Kathy Orr            Yes_____ No_____

Dianna Thompson               Yes_____ No_____

Jason Fisher                  Yes_____ No_____


Please answer Question No. 65.


## Section G:  Endless Chain (Pyramid) Scheme

**Question No. 65:  Is Herbalife an Endless Chain (Pyramid) Scheme as that term is defined in the jury instructions?**

                    Yes_____ No _____


       If you answered yes to Question 65, then answer Question 66.  If you answered no to Question 65, then stop here, answer no more questions in this section, and go to Section H.


**Question No. 66:  Has Herbalife being an Endless Chain (Pyramid) Scheme been a substantial factor in causing Counterclaimants to suffer damages?**

Robert and Julia Ford         Yes_____ No_____

Bruce and Nancy Roth          Yes_____ No_____

Jeff and Kathy Orr            Yes_____ No_____

Dianna Thompson               Yes_____ No_____

Jason Fisher                  Yes_____ No_____

If you answered yes to Question 66, then answer Question 67.  If you answered no to Question 66, then stop here, answer no more questions in this section, and go to Section H.

**Question No. 67**:  **Please state the damages Counterclaimants suffered as a result of Herbalife being an Endless Chain (Pyramid) Scheme.**

| | |
|---|---|
| Robert and Julie Ford | $_____ |
| Bruce and Nancy Roth | $_____ |
| Jeff and Kathy Orr | $_____ |
| Jason Fisher | $_____ |
| Dianna Thompson | $_____ |

Please answer Question 68.

## Section H:   False Advertising

**Question No. 68**:  **Has Herbalife engaged in false advertising as that term is defined in the jury instructions?**

Yes_____ No _____

If you answered yes to Question 68, then answer Question 69.  If you answered no to Question 68, then stop here, answer no more questions in Section and go to Section I.

**Question No. 69:**  **Has Herbalife's false advertising been a substantial factor in causing Counterclaimants to suffer damages?**

Robert and Julia Ford          Yes_____ No_____
Bruce and Nancy Roth          Yes_____ No_____
Jeff and Kathy Orr              Yes_____ No_____
Dianna Thompson               Yes_____ No_____
Jason Fisher                    Yes_____ No_____

If you answered yes to Question 69, then answer Question 70.  If you answered no to Question 69, then stop here, answer no more questions in this section, and go to Section I.

**Question No. 70:**  **Please state the damages Counterclaimants suffered as a result of Herbalife's false advertising.**

Robert and Julie Ford          $_____
Bruce and Nancy Roth          $_____
Jeff and Kathy Orr              $_____

- 33 -

Jason Fisher                          $_____

Dianna Thompson                       $_____


Please answer Question 71.

## Section I:  Illegal Restraints of Trade

**Question No. 71:  Do any of Herbalife's agreements or rules illegally restrain lawful competition?**


                    Yes_____  No _____


        If you answered yes to Question 71, then answer Question 72.  If you answered no to Question 71, then stop here, answer no more questions in this section, and sign and date the jury verdict form.

**Question No. 72:  Have Herbalife's illegal restraints of lawful competition been a substantial factor in causing Counterclaimants to suffer damages?**

Robert and Julia Ford           Yes_____ No_____

Bruce and Nancy Roth            Yes_____ No_____

Jeff and Kathy Orr              Yes_____ No_____

Dianna Thompson                 Yes_____ No_____

Jason Fisher                    Yes_____ No_____


        If you answered yes to Question 72, then answer Question 73.  If you answered no to Question 72, then stop here, answer no more questions and sign and date the jury verdict form.

- 34 -

1    **Question No. 73:  Please state the damages Counterclaimants suffered as a result of**

2    **Herbalife's illegal restraints of lawful competition.**

3

4            Robert and Julie Ford        $_____

5            Bruce and Nancy Roth      $_____

6            Jeff and Kathy Orr          $_____

7            Jason Fisher               $_____

8            Dianna Thompson         $_____

9

10            Please sign and date the jury verdict form.

11

12    Dated: _____        _____

13                         Presiding Juror

14

15

16    Dated:  June 18, 2009

17    STEPHENS FRIEDLAND LLP        MIXON JOLLY LLP

18

19    By: /s/John B. Stephens_____   By: /s/Cameron M. Jolly_____

20        John B. Stephens                Cameron M. Jolly
           Attorney for Defendants and        Attorney for Defendants and

21        Counterclaimants Robert E. Ford,    Counterclaimants Jeff Orr and
           Julia A. Ford, Bruce H. Roth,       Kathy Orr

22        Nancy A. Roth, Dianna N.
           Thompson and Jason Fisher

23

24

25

26

27

28