1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  GREGORY B. KOLTUN (CA SBN 130454)
   NThomas@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Plaintiff
   Herbalife International of America, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**HERBALIFE'S PROPOSED JURY VERDICT FORM**<br><br>Complaint Filed:    Apr. 16, 2007<br>Discovery Cut-Off: May 15, 2009<br>Pretrial Conf.:       June 29, 2009<br>Trial Date:            July 28, 2009<br><br>Courtroom: 740-Roybal |

la-1033525

PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM

1. Do you find any of the following defendants misappropriated an Herbalife trade secret, as defined in the Jury Instructions?

| | | |
|---|---|---|
| For Defendant Robert Ford: | ____ Yes | ____ No |
| For Defendant Julia Ford: | ____ Yes | ____ No |
| For Defendant Bruce Roth: | ____ Yes | ____ No |
| For Defendant Nancy Roth: | ____ Yes | ____ No |
| For Defendant Jeff Orr: | ____ Yes | ____ No |
| For Defendant Kathy Orr: | ____ Yes | ____ No |
| For Defendant Jason Fisher: | ____ Yes | ____ No |
| For Defendant Dianna Thompson: | ____ Yes | ____ No |

If you answered "Yes" for any of the defendants identified in No. 1, please answer No. 2 and No. 4. If you answered "No" for all Defendants, please answer No. 5.

2. Did Herbalife suffer damages as a direct result of any defendant misappropriating a trade secret?

Answer:   Yes ____   No ____

If you answered "Yes" to No. 2, please answer No. 3. If you answered "No" for all Defendants, please answer No. 5.

3. What is the amount of damages caused by any of the defendants identified below with respect to Herbalife's trade secret claim?

| | |
|---|---|
| Robert Ford: | $ _____ |
| Julia Ford: | $ _____ |
| Bruce Roth: | $ _____ |
| Nancy Roth: | $ _____ |

1

la-1033525

|   |   |   |
|---|---|---|
| 1 | Jeff Orr: | $ _____ |
| 2 | Kathy Orr: | $ _____ |
| 3 | Jason Fisher: | $ _____ |
| 4 | Dianna Thompson: | $ _____ |

4. Do you find that any of the defendants identified in No. 1 misappropriated an Herbalife trade secret willfully and maliciously?

    For Defendant Robert Ford: ____ Yes ____ No
    For Defendant Julia Ford: ____ Yes ____ No
    For Defendant Bruce Roth: ____ Yes ____ No
    For Defendant Nancy Roth: ____ Yes ____ No
    For Defendant Jeff Orr: ____ Yes ____ No
    For Defendant Kathy Orr: ____ Yes ____ No
    For Defendant Jason Fisher: ____ Yes ____ No
    For Defendant Dianna Thompson: ____ Yes ____ No

5. Do you find any of the following defendants breached their Herbalife contracts, as defined in the Jury Instructions?

    For Defendant Robert Ford: ____ Yes ____ No
    For Defendant Julia Ford: ____ Yes ____ No
    For Defendant Bruce Roth: ____ Yes ____ No
    For Defendant Nancy Roth: ____ Yes ____ No
    For Defendant Jeff Orr: ____ Yes ____ No
    For Defendant Kathy Orr: ____ Yes ____ No
    For Defendant Jason Fisher: ____ Yes ____ No
    For Defendant Dianna Thompson: ____ Yes ____ No

If you answered "Yes" for any of the defendants identified in No. 5, please answer No. 6. If you answered "No" for all Defendants, please answer No. 8.

6. Did Herbalife suffer damages as a direct result of any defendant breaching his or her Herbalife contract?

    Answer:    Yes \_\_\_\_    No \_\_\_\_

If you answered "Yes" to No. 6, please answer No. 7. If you answered "No" for all Defendants, please answer No. 8.

7. What is the amount of damages caused by any of the defendants identified below with respect to Herbalife's breach of contract claim?

    Robert Ford:    $ _____
    Julia Ford:    $ _____
    Bruce Roth:    $ _____
    Nancy Roth:    $ _____
    Jeff Orr:    $ _____
    Kathy Orr:    $ _____
    Jason Fisher:    $ _____
    Dianna Thompson:$ _____

8. Do you find any of the following defendants intentionally interfered with Herbalife's prospective economic advantage, as defined in the Jury Instructions?

    For Defendant Robert Ford:    \_\_\_\_ Yes    \_\_\_\_ No
    For Defendant Julia Ford:    \_\_\_\_ Yes    \_\_\_\_ No
    For Defendant Bruce Roth:    \_\_\_\_ Yes    \_\_\_\_ No
    For Defendant Nancy Roth:    \_\_\_\_ Yes    \_\_\_\_ No
    For Defendant Jeff Orr:    \_\_\_\_ Yes    \_\_\_\_ No
    For Defendant Kathy Orr:    \_\_\_\_ Yes    \_\_\_\_ No

la-1033525

|   |   |   |   |
|---|---|---|---|
| For Defendant Jason Fisher: | ____ Yes | ____ No |
| For Defendant Dianna Thompson: | ____ Yes | ____ No |

If you answered "Yes" for any of the defendants identified in No. 8, please answer No. 9. If you answered "No" for all Defendants, please answer No. 11.

9.  Did Herbalife suffer damages as a direct result of any defendant intentionally interfering with Herbalife's prospective economic advantage?

   Answer:   Yes ____   No ____

If you answered "Yes" to No. 9, please answer No. 10. If you answered "No" for all Defendants, please answer No. 11.

10. What is the amount of damages cause by any of the defendants identified below with respect to Herbalife's intentional interference with economic advantage claim?

   Robert Ford:      $ _____
   Julia Ford:       $ _____
   Bruce Roth:       $ _____
   Nancy Roth:       $ _____
   Jeff Orr:         $ _____
   Kathy Orr:        $ _____
   Jason Fisher:     $ _____
   Dianna Thompson:  $ _____

11. Do you find any of the following defendants intentionally interfered with Herbalife's contracts with its distributors, as defined in the Jury Instructions?

   For Defendant Robert Ford:   ____ Yes   ____ No
   For Defendant Julia Ford:    ____ Yes   ____ No
   For Defendant Bruce Roth:    ____ Yes   ____ No

4

la-1033525

|   |   |   |   |
|---|---|---|---|
| For Defendant Nancy Roth: | ____ Yes | ____ No |
| For Defendant Jeff Orr: | ____ Yes | ____ No |
| For Defendant Kathy Orr: | ____ Yes | ____ No |
| For Defendant Jason Fisher: | ____ Yes | ____ No |
| For Defendant Dianna Thompson: | ____ Yes | ____ No |

If you answered "Yes" for any of the defendants identified in No. 11, please answer No. 12. If you answered "No" for all Defendants, please answer No. 14.

12. Did Herbalife suffer damages as a direct result of any defendant interfering with any Herbalife contract?

Answer:   Yes ____   No ____

If you answered "Yes" to No. 12, please answer No. 13. If you answered "No" for all Defendants, please answer No.14.

13. What is the amount of damages caused by any of the defendants identified below with respect to Herbalife's intentional interference with contract claim?

Robert Ford:     $ _____
Julia Ford:      $ _____
Bruce Roth:      $ _____
Nancy Roth:      $ _____
Jeff Orr:        $ _____
Kathy Orr:       $ _____
Jason Fisher:    $ _____
Dianna Thompson: $ _____

14. Do you find that Herbalife intentionally interfered with counterclaimants' prospective economic advantage, as defined in the Jury Instructions?

| | | |
|---|---|---|
| For Counterclaimant Robert Ford: | ____ Yes | ____ No |
| For Counterclaimant Julia Ford: | ____ Yes | ____ No |
| For Counterclaimant Bruce Roth: | ____ Yes | ____ No |
| For Counterclaimant Nancy Roth: | ____ Yes | ____ No |
| For Counterclaimant Jeff Orr: | ____ Yes | ____ No |
| For Counterclaimant Kathy Orr: | ____ Yes | ____ No |
| For Counterclaimant Jason Fisher: | ____ Yes | ____ No |
| For Counterclaimant Dianna Thompson: | ____ Yes | ____ No |

If you answered "Yes" for any of the Counterclaimants identified in No. 14, please answer No. 15. If you answered "No" for all Counterclaimants, please answer No. 17.

15. Did any counterclaimant suffer damages as a direct result of Herbalife's intentional interference with his or her prospective economic advantage?

| | | |
|---|---|---|
| For Counterclaimant Robert Ford: | ____ Yes | ____ No |
| For Counterclaimant Julia Ford: | ____ Yes | ____ No |
| For Counterclaimant Bruce Roth: | ____ Yes | ____ No |
| For Counterclaimant Nancy Roth: | ____ Yes | ____ No |
| For Counterclaimant Jeff Orr: | ____ Yes | ____ No |
| For Counterclaimant Kathy Orr: | ____ Yes | ____ No |
| For Counterclaimant Jason Fisher: | ____ Yes | ____ No |
| For Counterclaimant Dianna Thompson: | ____ Yes | ____ No |

6

la-1033525

If you answered "Yes" to No. 15 for any counterclaimant, please answer No. 16 for that counterclaimant. If you answered "No" for all counterclaimants, please answer No. 17.

16. What is the amount of damages owed by Herbalife to any counterclaimant identified below with respect to counterclaimants' intentional interference claim?

Robert Ford:        $ _____
Julia Ford:         $ _____
Bruce Roth:         $ _____
Nancy Roth:         $ _____
Jeff Orr:           $ _____
Kathy Orr:          $ _____
Jason Fisher:       $ _____
Dianna Thompson:    $ _____

## AFFIRMATIVE DEFENSES

17. Do you find that counterclaimants have proven their claim that Herbalife intentionally interfered with their prospective economic advantage, as defined in the Jury Instructions?

   Answer:   Yes ____   No ____

If you answered "Yes" to No. 17, please answer No. 18. If you answered "No,", please answer No. 21.

18. Is Herbalife's filing and prosecuting of this lawsuit a basis for your finding that Herbalife intentionally interfered with Counterclaimants' prospective economic advantage?

   Answer:   Yes ____   No ____

7

la-1033525

If you answered "Yes" to No. 18, please answer No. 19. If you answered "No," please answer No. 21.

19. Do you find that the counterclaimants have proven by clear and convincing evidence that Herbalife's lawsuit is a sham, as defined in the Jury Instructions?

    Answer:    Yes \_\_\_\_    No \_\_\_\_

If you answered "Yes" to No. 19, please answer No. 20. If you answered "No," please answer No. 21.

20. Do you find that Herbalife's communications with its Distributors regarding counterclaimants' conduct, steps it was taking to address that conduct, or the filing of this lawsuit is the basis for your finding that Herbalife intentionally interfered with counterclaimants' prospective economic advantage?

    Answer:    Yes \_\_\_\_    No \_\_\_\_

If you answered "Yes" to No. 20, please answer No. 21. If you answered "No" to No. 20, please answer No. \_\_.

21. Do you find that Herbalife's communications with its Distributors regarding Counterclaimants' conduct, steps it was taking to address that conduct, or the filing of this lawsuit were related to a common interest between Herbalife and its Distributors, as defined in the Jury Instructions?

    Answer:    Yes \_\_\_\_    No \_\_\_\_

If you answered "Yes" to No. 21, please answer No. 22. If you answered "No" to No. 21, please answer No. \_\_.

22. Do you find that Herbalife abused its privilege regarding counterclaimants' conduct, steps it was taking to address that conduct, or the filing of this lawsuit

8

la-1033525

1 were related to a common interest between Herbalife and its distributors, as defined
2 in the Jury Instructions?

        Answer:    Yes ____    No ____

## TOTAL DAMAGES

23. Calculate the total amount of damages, if any, suffered by Herbalife for all claims for which you have awarded such damages.  To the extent that you find that different claims have caused the same loss, do not count the damages for that loss more than once in calculating total damages.  To the extent that you find that the loss of one or more of the Herbalife's claims is the same loss, do not count the damages for that loss more than once in calculating total damages.

      Robert Ford:    $ _____
      Julia Ford:    $ _____
      Bruce Roth:    $ _____
      Nancy Roth:    $ _____
      Jeff Orr:    $ _____
      Kathy Orr:    $ _____
      Jason Fisher:    $ _____
      Dianna Thompson:$ _____

The Foreperson must sign and date below and return this Special Verdict to the Court Clerk.

      Dated:

                        _____
                            FOREPERSON

la-1033525

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 18, 2009 | MORRISON & FOERSTER LLP |
| 3 | | |
| 4 | | By: /s/ Gregory B. Koltun |
| | |     Gregory B. Koltun |
| 5 | | Attorneys for Plaintiff |
| 6 | | HERBALIFE INTERNATIONAL OF AMERICA, INC. |

la-1033525