1  CHARLES E. PATTERSON (CA SBN 120081)
   CPatterson@mofo.com
2  GREGORY B. KOLTUN (CA SBN 130454)
3  GKoltun@mofo.com
   MORRISON & FOERSTER LLP
4  555 West Fifth Street
5  Los Angeles, California  90013-1024
   Telephone: 213.892.5200
6  Facsimile:  213.892.5454

7
   Attorneys for Plaintiff and Counterclaim Defendant
8  Herbalife International of America, Inc.

9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                         WESTERN DIVISION
12

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband and wife; DIANNA N. THOMPSON; and JASON FISHER,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.  CV 072529 GF (FMOx)<br><br>**PLAINTIFF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S OBJECTIONS TO DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**<br><br>Hon. Gary A. Feess<br>Courtroom 740-Roybal<br><br>Complaint Filed:   Apr. 16, 2007<br>Discovery Cut-Off: May 15, 2009<br>Pretrial Conf.:     June 29, 2009<br>Trial Date:         July 28, 2009 |

la-1031302
la-1033524

Herbalife International of America, Inc. ("Herbalife") objects to the use of Defendants' special verdict form as it is burdensome, unnecessarily detailed and likely to mislead the jury. It uses inflammatory language such as "pyramid scheme" in an attempt to prejudice the jury against Herbalife. Moreover, Defendants have asked the jury to detail its findings on counterclaims and affirmative defenses that may only be adjudicated by this Court. Much of Defendants' proposed form is simply not relevant to the jury's responsibilities in this case, and will hamper the deliberative process with its unnecessary and cumbersome required findings.

Respectfully submitted,

Dated:   June 18, 2009            MORRISON & FOERSTER LLP

By:   /s/ Gregory B. Koltun
      Gregory B. Koltun

Attorneys for Plaintiff and
Counterclaim Defendant
HERBALIFE INTERNATIONAL OF
AMERICA, INC.