| | |
|---|---|
| 1 | CHARLES E. PATTERSON (CA SBN 120081) |
| | CPatterson@mofo.com |
| 2 | GREGORY B. KOLTUN (CA SBN 130454) |
| | GKoltun@mofo.com |
| 3 | SEAN P. GATES (CA SBN 186247) |
| | SGates@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 555 West Fifth Street |
| 5 | Los Angeles, California  90013-1024 |
| | Telephone:  213.892.5200 |
| 6 | Facsimile:  213.892.5454 |

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband and wife; DIANNA N. THOMPSON; and JASON FISHER, <br><br>　　　　Defendants. | Case No. CV 07 2529 GAF (FMOx) <br><br> Hon. Gary A. Feess <br><br> **EVIDENTIARY OBJECTIONS BY HERBALIFE INTERNATIONAL OF AMERICA, INC. TO DEFENDANTS' AND COUNTERCLAIMANTS' STATEMENT OF GENUINE ISSUES AND ADDITIONAL MATERIAL FACTS** <br><br> Date:　　March 9, 2010 <br> Time:　　9:30 a.m. <br> Courtroom: 740-Roybal |

la-1065398

Plaintiff and Counterdefendant Herbalife International of America, Inc. ("Herbalife") hereby objects to the following statements and additional material facts contained in the Statement of Genuine Issues in Support of Defendants and Counterclaimants' Opposition to Motion by Herbalife International of America, Inc. for Partial Summary Judgment on the Endless Chain Scheme Counterclaim.

## Statement of Genuine Issues Paragraph 2

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the calculation and estimate of declarants' restitutionary claims in the Declarations of Dianna Thompson ¶¶ 2, 4-8 and Jeffrey Orr ¶¶ 2, 4-6 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Statements regarding the presence of Herbalife product on eBay and the effect on retail sales in the Declarations of Bruce Roth [Dkt. No. 251] ¶ 6, Jeffrey Orr [Dkt. No. 252] ¶ 6, Kathy Orr [Dkt. No. 253] ¶ 6 [sic], and Robert Ford [Dkt. No. 255] ¶ 6 lack foundation. Fed. R. Evid. 602. Furthermore, declarants' claims that "Herbalife should return my money" in the Declarations of Dianna Thompson ¶ 6 and Jeffrey Orr ¶ 5 constitute impermissible legal conclusions. Fed. R. Evid. 103(c).

## Statement of Genuine Issues Paragraph 3

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the calculation and estimate of declarants' restitutionary claims in the Declarations of Dianna Thompson ¶¶ 2, 4-8 and Jeffrey Orr ¶¶ 2, 4-6 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Statements regarding the presence of Herbalife product on eBay and the effect on retail sales in the Declarations of Bruce Roth [Dkt. No. 251] ¶ 6, Jeffrey Orr [Dkt. No. 252] ¶ 6, Kathy Orr [Dkt. No. 253] ¶ 6 [sic], Robert Ford [Dkt. No. 255] ¶ 6, Jason Fisher [Dkt. No. 256] ¶ 6, and Dianna Thompson [Dkt. No. 257] ¶6 lack

foundation. Fed. R. Evid. 602. Furthermore, declarants' claims that "Herbalife should return my money" in the Declarations of Dianna Thompson ¶ 6 and Jeffrey Orr ¶ 5 constitute impermissible legal conclusions. Fed. R. Evid. 103(c).

### Statement of Genuine Issues Paragraph 8

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the calculation and estimate of declarants' restitutionary claims and Herbalife's buyback policy in the Declarations of Dianna Thompson ¶¶ 2, 4-8, Jeffrey Orr ¶¶ 2, 4-6, Kathy Orr [Dkt. No. 253] ¶ 17 [sic], Jeffrey Orr [Dkt. No. 252] ¶ 17 [sic], Jason Fisher [Dkt. No. 256] ¶ 16, Robert Ford [Dkt. No. 255] ¶ 16, Dianna Thompson [Dkt. No. 257] ¶ 14, and Bruce Roth [Dkt. No. 251] ¶ 16 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Furthermore, declarants' claims that they are entitled to restitution in the Declarations of Dianna Thompson ¶ 6, Jeffrey Orr ¶ 5, Kathy Orr [Dkt. No. 253] ¶ 17 [sic], Jeffrey Orr [Dkt. No. 252] ¶ 17 [sic], Jason Fisher [Dkt. No. 256] ¶ 16, Robert Ford [Dkt. No. 255] ¶ 16, Dianna Thompson [Dkt. No. 257] ¶ 14 and Bruce Roth [Dkt. No. 251] ¶ 16 constitute impermissible legal conclusions. Fed. R. Evid. 103(c).

### Statement of Genuine Issues Paragraph 27

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the calculation and estimate of declarant's restitutionary claim in the Declaration of Jeffrey Orr ¶¶ 2, 4-6 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Furthermore, declarant's claim that "Herbalife should return my money" in the Declaration of Jeffrey Orr ¶ 5 constitutes an impermissible legal conclusion. Fed. R. Evid. 103(c).

<u>Statement of Genuine Issues Paragraph 28</u>

Herbalife incorporates the objections stated in response to Statement of Genuine Issues Paragraph 27.

<u>Statement of Genuine Issues Paragraph 29</u>

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the calculation and estimate of declarant's restitutionary claim in the Declaration of Dianna Thompson ¶¶ 2, 4-8 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Furthermore, declarant's claim that "Herbalife should return my money" in the Declaration of Dianna Thompson ¶ 6 constitutes an impermissible legal conclusion. Fed. R. Evid. 103(c).

<u>Statement of Genuine Issues Paragraph 30</u>

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding estimates of purchases of Herbalife-related products in the Declaration of Dianna Thompson ¶ 4 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701.

<u>Statement of Genuine Issues Paragraph 31</u>

Herbalife incorporates the objections stated in response to Statement of Genuine Issues Paragraph 29.

<u>Statement of Genuine Issues Paragraph 32</u>

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that the statements regarding the estimates of withheld Herbalife royalty and bonus payments in the Declarations of Dianna Thompson ¶ 8, Bruce Roth [Dkt. No. 251] ¶ 16, and Jason Fisher [Dkt. No. 256] ¶ 16 lack foundation and are

1  impermissibly speculative. Fed. R. Evid. 602, 701. Declarant's statements
2  regarding Herbalife's buyback policy in the Declaration of Bruce Roth [Dkt. No.
3  251] ¶ 16 also lack foundation. Fed. R. Evid. 602. Furthermore, declarants' claims
4  that they are entitled to restitution in the Declarations of Bruce Roth [Dkt. No. 251]
5  ¶ 16 and Jason Fisher [Dkt. No. 256] ¶ 16 constitute impermissible legal
6  conclusions. Fed. R. Evid. 103(c).

## Statement of Genuine Issues Paragraph 33

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding Herbalife's buyback policy in the Declaration of Bruce Roth [Dkt. No. 251] ¶ 16 lack foundation, and declarants' claims for restitution constitute impermissible legal conclusion. Fed. R. Evid. 602, 103(c). Furthermore, declarant's statements regarding the amount of Herbalife products purchased and the amount of unpaid royalty and production bonus checks lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701.

## Statement of Genuine Issues Paragraph 34

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the estimate of claimed unpaid royalties and bonuses in the Declaration of Jason Fisher [Dkt. No. 256] ¶ 16 lack foundation and are impermissibly speculative. Fed. R. Evid. 602, 701. Furthermore, declarant's claim that "Herbalife should restore my money" constitutes an impermissible legal conclusion. Fed. R. Evid. 103(c).

## Statement of Genuine Issues Paragraph 35

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements regarding the estimate of claimed unpaid commissions,

4

la-1065398

1  bonuses, and royalties in the Declaration of Dianna Thompson ¶ 8 lack foundation
2  and are impermissibly speculative.  Fed. R. Evid. 602, 701.
3
4              Statement of Genuine Issues Paragraph 36
5        Objection to Defendants' and Counterclaimants' opposing evidence on the
6  grounds that statements regarding Herbalife's buyback policy and estimates of
7  purchases of Herbalife-related products in the Declarations of Kathy Orr [Dkt. No.
8  253]¶ 17 [sic], Jeffrey Orr [Dkt. No. 252] ¶ 17 [sic], Jason Fisher [Dkt. No. 256] ¶
9  16, Robert Ford [Dkt. No. 255] ¶ 16, Dianna Thompson [Dkt. No. 257] ¶ 14, and
10 Bruce Roth [Dkt. No. 251] ¶ 16 lack foundation and are impermissibly speculative.
11 Fed. R. Evid. 602, 701.  Furthermore, declarants' claims for restitution constitute
12 impermissible legal conclusion.  Fed. R. Evid. 103(c).
13
14             Statement of Genuine Issues Paragraph 37
15       Objection to Defendants' and Counterclaimants' opposing evidence on the
16 grounds that statements regarding Herbalife's buyback policy and estimates of
17 purchases of Herbalife-related products in the Declarations of Kathy Orr [Dkt. No.
18 253]¶ 17 [sic], Jeffrey Orr [Dkt. No. 252] ¶ 17 [sic], Jason Fisher [Dkt. No. 256] ¶
19 16, Robert Ford [Dkt. No. 255] ¶ 16, Dianna Thompson [Dkt. No. 257] ¶ 14, Bruce
20 Roth [Dkt. No. 251] ¶ 16, and Dianna Thompson ¶ 7 lack foundation and are
21 impermissibly speculative.  Fed. R. Evid. 602, 701.  Furthermore, declarants'
22 claims for restitution constitute impermissible legal conclusion.  Fed. R. Evid.
23 103(c).
24
25             Statement of Genuine Issues Paragraph 52
26       Objection to Defendants' and Counterclaimants' opposing evidence on the
27 grounds that statements made in the Declarations of Kathy Orr [Dkt. No. 253] ¶ 3,
28 Jeffrey Orr [Dkt. No. 252] ¶ 3, Jason Fisher [Dkt. No. 256] ¶ 3, Robert Ford [Dkt.

No. 255] ¶ 3, Dianna Thompson [Dkt. No. 257] ¶ 3, and Bruce Roth [Dkt. No. 251] ¶ 3 lack relevance to the extent the declarants seek to use these facts to assert standing under Civil Code § 1689.2.  The statements are not relevant because the interests discussed therein are not subject to restitution.  Fed. R. Evid. 401.

## Statement of Genuine Issues Paragraph 53

Herbalife incorporates the objections stated in response to Statement of Genuine Issues Paragraph 52.

## Statement of Genuine Issues Paragraph 54

Objection to Defendants' and Counterclaimants' opposing evidence on the grounds that statements in the Declarations of Kathy Orr [Dkt. No. 253] ¶ 15 [sic], Jason Fisher [Dkt. No. 256] ¶ 14, Robert Ford [Dkt. No. 255] ¶ 14, and Bruce Roth [Dkt. No. 251] ¶ 14 constitute inadmissible hearsay as out-of-court statements made by Herbalife to "distributors who teach classes," that are offered by the declarants for the truth of the matters asserted therein without any applicable hearsay exceptions. Fed. R. Evid. 801, 802.  In addition, declarants' statements lack foundation, are not relevant to matters at issue in this litigation, and improperly appear as legal conclusions.  Fed. R. Evid. 602, 401, 103(c).

Dated:    March 1, 2010               MORRISON & FOERSTER LLP

/s/ Charles E. Patterson
Charles E. Patterson
Gregory B. Koltun
Sean P. Gates

Attorneys for Plaintiff and Counterclaim Defendant
HERBALIFE INTERNATIONAL OF AMERICA, INC.