1   CHARLES E. PATTERSON (CA SBN 120081)
    CPatterson@mofo.com
2   GREGORY B. KOLTUN (CA SBN 130454)
    GKoltun@mofo.com
3   SEAN P. GATES (CA SBN 186247)
    SGates@mofo.com
4   MORRISON & FOERSTER LLP
    555 West Fifth Street
5   Los Angeles, California  90013-1024
    Telephone:  213.892.5200
6   Facsimile:   213.892.5454

7   Attorneys for Plaintiff and Counterclaim Defendant
    Herbalife International of America, Inc.

8

9             UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11                WESTERN DIVISION

12

| | |
|---|---|
| **HERBALIFE INTERNATIONAL OF AMERICA, INC., a Nevada Corporation,** | **Case No. CV 07 2529 GAF (FMOx)** |
| **Plaintiff,** | Hon. Gary A. Feess |
| **v.** | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HERBALIFE INTERNATIONAL OF AMERICA, INC.'S REPLY BRIEF  RE SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT ON THE ENDLESS CHAIN SCHEME COUNTERCLAIM** |
| **ROBERT E. FORD and JULIA A. FORD, husband and wife; BRUCE H. ROTH and NANCY A. ROTH, husband and wife; JEFF ORR and KATHY ORR, husband and wife; DIANNA N. THOMPSON; and JASON FISHER,** | |
| **Defendants.** | Date:       March 9, 2010<br>Time:       9:30 a.m.<br>Courtroom: 740-Roybal |

la-1065255

1    Pursuant to Federal Rule of Evidence 201, Herbalife International of

2  America, Inc. ("Herbalife") respectfully requests that this Court take judicial notice

3  of the materials set forth in the Legislative History of California Civil Code §

4  1689.2 (Added) & Penal Code § 327 (Amended) 2007 ("Legislative History"), a

5  true and correct copy of which is attached hereto as Exhibit A.  Specifically,

6  Herbalife requests the Court take judicial notice of the following materials

7  contained in the Legislative History: printed bill materials (Ex. A at 2-9),

8  documents generated during senate deliberations (Ex. A at 13-28), documents

9  generated during assembly deliberations (Ex. A at 29-42), enrolled Governor

10  materials (Ex. A at 43-51), and other correspondence and materials from the state

11  archives (Ex. A at 52-136).

12    The Legislative History was prepared by Legislative Research Incorporated,

13  a legislative research service.  As set forth in the declaration of Lisa Hampton,

14  Research Director, Legislative Research Incorporated, the materials contained

15  therein "are true and correct copies of the originals obtained from the designated

16  official, public sources in California."  (Ex. A at iv.).

17    Federal Rule of Evidence 201 provides that a court may take judicial notice,

18  at any stage of the proceeding, of facts that are "capable of accurate and ready

19  determination by resort to sources whose accuracy cannot reasonably be

20  questioned."  Fed. R. Evid. 201(b).  The Ninth Circuit and this Court have held that

21  courts may take judicial notice of the legislative history of a statute or a bill.  *See*

22  *e.g.*, *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) ("we take judicial

23  notice of the legislative history of [California Penal Code] § 148.6 pursuant to Fed.

24  R. Evid. 201(b)"); *see also Experian Info. Solutions, Inc. v. Lifelock, Inc.*, 633 F.

25  Supp. 2d 1104, 1107 (C.D. Cal. 2009) ("under Rule 201, [this] court may take

26  judicial notice of the legislative history of a statute."); *Blanco v. El Pollo Loco, Inc.*,

27  No. SACV 07-54-JVS (RNBx), 2007 U.S. Dist. LEXIS 31231, at *2 n.1 (C.D. Cal.

28

1

1  Apr. 3, 2007) ("judicial notice of legislative history is proper when there is no

2  dispute as to the authenticity of the materials.").

3      Because the material attached as Exhibit A is a proper subject of judicial

4  notice and its authenticity cannot reasonably be questioned, the Court should grant

5  Herbalife's Request for Judicial Notice.

6

7  Dated:    March 1, 2010              MORRISON & FOERSTER LLP

8
                                        /s/ Charles E. Patterson
9                                       Charles E. Patterson
                                        Gregory B. Koltun
10                                      Sean P. Gates

11                                      Attorneys for Plaintiff and
                                        Counterclaim Defendant
12                                      HERBALIFE INTERNATIONAL
                                        OF AMERICA, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**HERBALIFE'S REQUEST FOR JUDICIAL NOTICE FILED IN SUPPORT OF ITS REPLY BRIEF RE SUMMARY JUDGMENT**

la-1065255