UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-02529-GAF (FMOx) | Date | March 9, 2010 |
|---|---|---|---|
| Title | Herbalife International of America Inc v. Ford et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | Lisa Gonzalez | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sean P Gates | John B Stephens |
| Gregory B. Koltun | Cameron M Jolly |

**Proceedings:**   MOTION HEARING (Non-Evidentiary) (Held & Completed)

1) MOTION BY HERBALIFE INTERNATIONAL OF AMERICA, INC FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT ON THE ENDLESS CHAIN SCHEME COUNTERCLAIM (filed 2/1/10) [393]

Matter called.  Counsel state their appearances for the record.  Court advises counsel of the tentative ruling as stated in court and on the record on above motions and invites counsel to present their oral arguments.   Arguments by counsel are heard.

The matter is taken under submission, a written order to follow.


IT IS SO ORDERED.


|  | 00 | : | 42 |
|---|---|---|---|
| | Initials of Preparer | rf | |