JS-6

CHARLES E. PATTERSON (CA SBN 120081)
CPatterson@mofo.com
GREGORY B. KOLTUN (CA SBN 130454)
GKoltun@mofo.com
SEAN P. GATES (CA SBN 186247)
SGates@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff and Counterclaim Defendant
Herbalife International of America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Herbalife International of America, Inc., a Nevada Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Robert E. Ford and Julia A. Ford, husband and wife; Bruce H. Roth and Nancy A. Roth, husband and wife; Jeff Orr and Kathy Orr, husband and wife; Dianna N. Thompson; and Jason Fisher,<br><br>　　　　　Defendants. | Case No. CV 07 2529 GAF (FMOx)<br><br>Hon. Gary A. Feess<br><br>**JUDGMENT** |

The parties' cross-motions for summary judgment were heard by the Court on June 1, 2009. By order dated August 25, 2009, the Court granted Defendants' motion for summary judgment against Plaintiff's claims except as to Plaintiff's misappropriation of trade secrets claim and Plaintiff's breach-of-contract claim. The Court also granted Plaintiff's motion for summary judgment as to Defendants' counterclaims except as to Defendants' endless chain scheme counterclaim brought pursuant to California Civil Code § 1689.2.

Plaintiff's motion for summary judgment on Defendants' endless chain scheme counterclaim was heard by the Court on March 9, 2010. By order dated May 5, 2010, the Court granted Plaintiff's motion.

Based on the Court's rulings, Plaintiff seeks to voluntarily dismiss with prejudice its misappropriation of trade secrets claim and its breach-of-contract claim.

IT IS THEREFORE ORDERED AND ADJUDGED that

1. Each of Defendants' counterclaims is dismissed. Defendant shall take nothing.

2. Plaintiff's misappropriation of trade secrets claim and its breach-of-contract claim are voluntarily dismissed with prejudice.

3. Each of Plaintiff's other claims is dismissed and Plaintiff's action is therefore dismissed. Plaintiff shall take nothing.

4. The parties shall bear their own costs.

Dated: May 14, 2010

Hon. Gary Allen Feess
United States District Judge

1